**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(ALEXANDRIA DIVISION)**

| | |
|---|---|
| CARLA CALOBRISI )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOOZ ALLEN HAMILTON INC. )<br>)<br>Defendant. )<br>) | Case No. 1:14cv00996 (AJT/TRJ) |

**ORDER**

Upon consideration of the "Plaintiff's Motion to Compel Discovery Responses" (Dkt 86), the entire record herein, and for good cause shown, the motion is GRANTED.

The Court hereby overrules Defendant's objections and directs Defendant to file complete responses to Plaintiff's First Set of Requests for Production of Documents no later than October 28, 2014.

IT IS SO ORDERED this _____ day of October 2014.

_____
United States Magistrate Judge