**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| CARLA CALOBRISI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:14cv996 (AJT/TRJ) |
| | ) |
| BOOZ ALLEN HAMILTON, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT BOOZ ALLEN HAMILTON INC.'S WITNESS LIST

COMES NOW Defendant Booz Allen Hamilton Inc. ("BAH"), by counsel, and pursuant to this Court's Scheduling Order (Dkt. 55) and the Local Rules of this Court, identifies the following individuals as potential witnesses:

| NAME | EXPECTS TO CALL AT TRIAL | MAY CALL AT TRIAL |
|---|---|---|
| Plaintiff Carla Calobrisi | X | |
| CG Appleby | X | |
| Robert S. Osborne | | X |
| Douglas Manya | | X |
| William Meyers | X | |
| Jennifer Gleich | X | |
| Betty Thompson | X | |
| Debra Storms | | X |
| Karen Lowy | | X |
| Kamaal Jones | | X |
| Caroline Wilkie | | X |
| Dr. Nesly Hneich | | X |
| Susan B. Trachman, M.D. | X | |
| Stuart TenHoor, Esq. | X | |
| Paul White, Ph.D. | X | |
| Custodian of Records – Bortstein Legal Group | | X |
| Custodian of Records – MillerBlowers | | X |

| NAME | EXPECTS TO CALL AT TRIAL | MAY CALL AT TRIAL |
|---|---|---|
| Custodian of Records – Real Estate Counselors, PLLC | | X |
| Custodian of Records – Major, Lindsay & Africa, Inc. | | X |
| Custodian of Records – Calobrisi & Associates, LLC | | X |

BAH reserves the right to call any witness identified or called by Plaintiff and any rebuttal or impeachment witness as permitted by the Court.  BAH also reserves the right to seek to present the testimony of such witnesses by *de bene esse* deposition or through discovery deposition testimony (all of which was taken stenographically) if the witness in question is, unbeknownst to BAH at the present time, unavailable for trial.  The witness list above simply reflects the present status of the instant litigation.  Accordingly, BAH reserves the right to amend this list – including eliminating proposed witnesses – should further litigative developments (including, *inter alia*, positions advanced by Plaintiff) warrant.

BOOZ ALLEN HAMILTON INC.
*By Counsel*

/s/ _____

Melissa L. Taylormoore (Va. Bar No. 75506)
Stephen W. Robinson (Va. Bar No. 15337)
Sarah A. Belger (Va. Bar No. 67947)
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, Virginia  22102
Telephone:  (703) 712-5479
Facsimile: (703) 712-5229
mtaylormoore@mcguirewoods.com
srobinson@mcguirewoods.com
sbelger@mcguirewoods.com

*Counsel for Booz Allen Hamilton Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 17th day of December, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel identified below.

> John R. Ates
> Ates Law Firm, P.C.
> 1800 Diagonal Road, Suite 600
> Alexandria, VA  22314
> 703.647.7501 (telephone)
> 703-229-6430 (facsimile)
> j.ates@ateslaw.com
>
> *Counsel for Plaintiff*

I hereby certify that on the 17th of December, 2014, I will serve a true copy of this filing via electronic mail upon the following non-filing user:

> Linda M. Correia (admitted pro hac vice)
> Correia & Puth, PLLC
> 1775 K Street, N.W., Suite 600
> Washington, D.C.  20006
> 202.602.6500 (telephone)
> 202.602.6501 (facsimile)
> lcorreia@correiaputh.com
> iplynton@correiaputh.com
>
> *Counsel for Plaintiff*

>                    /s/
> _____
> Melissa L. Taylormoore (Va. Bar No. 75506)
> MCGUIREWOODS LLP
> 1750 Tysons Boulevard, Suite 1800
> Tysons Corner, Virginia  22102
> Telephone:  (703) 712-5479
> Facsimile: (703) 712-5229
> mtaylormoore@mcguirewoods.com
>
> *Counsel for Booz Allen Hamilton Inc.*

62753033_2