UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| CARLA CALOBRISI<br>Plaintiff,<br><br>v.<br><br>BOOZ ALLEN HAMILTON INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)  Case No. 1:14-cv-00996-AJT-TRJ<br>)<br>)<br>) |

## PLAINTIFF CARLA CALOBRISI'S WITNESS LIST

Pursuant to Fed. R. Civ. P. 26(a)(3) and this Court's Scheduling Order, Plaintiff provides as follows her witness list for the trial of this matter.

**Will Call:**

1.  C.G. Appleby – former General Counsel, Booz Allen

2.  Carla Calobrisi

3.  Elizabeth Ewart – former Booz Allen employee

4.  Molly Finn – former Booz Allen employee

5.  Jennifer Gleich – Principal, Booz Allen

6.  Dr. Nesly Hneish – Plaintiff's psychiatrist

7.  Joan Hyde – former Booz Allen employee

8.  Marek Kaszubski – Plaintiff's partner

9.  Douglas Manya – Vice President, Booz Allen

10. William Meyers – Vice President, Booz Allen

11. Dr. Judith Montville-White – LCSW

12. Dr. Joel Morse – Plaintiff's Expert

13. Robert Osborne – Former General Counsel, Booz Allen

14. Betty Thompson – Chief Personnel Officer, Booz Allen

**May Call:**

1.    Velma Booth – Booz Allen employee

2.    Joyce Doria – former Booz Allen employee

3.    Margo Fitzpatrick – former Booz Allen employee

4.    Sheryl Jones – Booz Allen employee

5.    Eileen Kaybay – former Booz Allen employee

6.    Diane Merolla – former Booz Allen employee

7.    Valaree Moodee  – former Booz Allen employee

8.    Katherine Nelson – former Booz Allen employee

9.    Robin Shaffert – former Booz Allen employee

10.    Deborah Sherman – former Booz Allen employee

11.    Chimisa Walker – Booz Allen employee

Plaintiff reserves the right to call witnesses for the purposes of impeachment and/or rebuttal.

Plaintiff reserves the right to call custodians of records as may be necessary.

Plaintiff reserves the right to call any witness that would cause no surprise or prejudice to  the opposing side and that may have been inadvertently left off of this list.

Plaintiff reserves the right to amend and/or supplement this Witness List to include any  subsequent witness identified in discovery or by the Defendant after submission of this  pleading.

Date: December 18, 2014

Respectfully Submitted,

 _ /s/ John R. Ates_____
John R. Ates, Esquire (VSB # 71697)
Ates Law Firm, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (703) 647-7501
Facsimile: (703) 229-6430
j.ates@ateslaw.com


 _ /s/ Linda M. Correia_____
Linda M. Correia
(*Admitted pro hac vice*)
Correia & Puth, PLLC
1775 K Street, NW, Suite 600
Washington, D.C. 20006
Telephone: (202) 602-6500
Facsimile: (202) 602-6501
lcorreia@correiaputh.com

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 18, 2014, I served the foregoing through the

Court's electronic filing system to the following, which will then send a notification of such

filing ("NEF") to counsel identified below:

Stephen W. Robinson
Sarah A. Belger
Melissa L. Taylormoore
McGuire Woods LLP
1750 Tysons Blvd., Suite 1800
Tysons Corner, VA 22102
srobinson@mcguirewoods.com
sbelger@mcguirewoods.com
mtaylormoore@mcguirewoods.com

*Attorneys for Defendant*

      /s/ John R. Ates
John R. Ates, Esquire (VSB # 71697)
Ates Law Firm, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (703) 647-7501
Facsimile: (703) 229-6430
j.ates@ateslaw.com