UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| CARLA CALOBRISI | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:14-cv-00996-AJT-TRJ |
| BOOZ ALLEN HAMILTON INC., | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF CARLA CALOBRISI'S EXHIBIT LIST**

Pursuant to Fed. R. Civ. P. 26(a)(3) and this Court's Scheduling Order, Plaintiff provides as follows for Plaintiff's exhibit list in the trial of this matter:

| EX | DESCRIPTION | BATES | ID | ADM |
|---|---|---|---|---|
| 1. | January 30, 2004 | BAHCAL 040000054-056 | | |
| 2. | March 17, 2008 | BAHCAL 040000001-004 | | |
| 3. | May 15, 2008 | BAHCAL 040000168-171 | | |
| 4. | February 2, 2009 | BAHCAL 030003018-3021 and BAHCAL 030003022-3023 | | |
| 5. | May 2009 | BAHCAL 030002494-2496 | | |
| 6. | May 2009 | BAHCAL 030003014-3016 | | |
| 7. | August 10, 2009 | BAHCAL 050000030-034 | | |
| 8. | December 9, 2009 | BAHCAL 110000960-963 | | |
| 9. | January 2010 | BAHCAL 110000959 | | |
| 10. | January 27, 2010 | BAHCAL 030002919 | | |
| 11. | March 2010 | BAHCAL 030003002-3008 | | |
| 12. | March 29, 2010 | BAHCAL 110000920-30 | | |
| 13. | May 2010 | BAHCAL 030002497-2499 | | |
| 14. | April/May 2010 | BAHCAL 030003133-3134 | | |
| 15. | October 20, 2010 | BAHCAL 030001761 and BAHCAL 030002791 | | |
| 16. | November 18, 2010 | BAHCAL 110000337-338 | | |
| 17. | November 19, 2010 | BAHCAL 050000484-485 (unredacted version) | | |
| 18. | December 2010 | BAHCAL 110000958 | | |
| 19. | December 2, 2010 | BAHCAL 050000482 | | |
| 20. | December 21, 2010 | BAHCAL 050000064-65 | | |
| 21. | December 22, 2010 | BAHCAL 030000332 | | |
| 22. | December 28, 2010 | BAHCAL 030002994-2995 | | |
| 23. | January 14, 2011 | BAHCAL 030001080 | | |
| 24. | January 14, 2011 | BAHCAL 0300001081 | | |

| | | | | |
|---|---|---|---|---|
| 25. | January 21, 2011 | BAHCAL 030000117-119 | | |
| 26. | January 21, 2011 | BAHCAL 030002817-2818 | | |
| 27. | January 22, 2011 | BAHCAL 030000115-116 | | |
| 28. | January 23, 2011 | BAHCAL 030000113-114 | | |
| 29. | January 23, 2011 | BAHCAL 030000081-82 | | |
| 30. | January 24, 2011 | BAHCAL 030000110-112 | | |
| 31. | January 26, 2011 | BAHCAL 030000109 | | |
| 32. | January 26, 2011 | BAHCAL 030000108 | | |
| 33. | January 28, 2011 | BAHCAL 020000005 | | |
| 34. | January 28, 2011 | BAHCAL 020000006-014 | | |
| 35. | February 1, 2011 | BAHCAL 030002731-2732 | | |
| 36. | February 2, 2011 | BAHCAL 050000423-424 | | |
| 37. | February 2, 2011 | BAHCAL 160000010-11 | | |
| 38. | February 3, 2011 | BAHCAL 030000331 | | |
| 39. | February 4, 2011 | BAHCAL 030000107 | | |
| 40. | February 4, 2011 | BAHCAL 030002724-2726 | | |
| 41. | February 11, 2011 | BAHCAL 010000217-229 | | |
| 42. | February 12, 2011 | BAHCAL 160000675-676 | | |
| 43. | February 14, 2011 | BAHCAL 010000058-073 | | |
| 44. | March 2011 | BAHCAL 030001462 | | |
| 45. | March 2011 | BAHCAL 050000537-538 | | |
| 46. | March 4, 2011 | BAHCAL 030000080 | | |
| 47. | March 24, 2011 | BAHCAL 050000573-574 | | |
| 48. | March 25, 2011 | BAHCAL 010000215-216 | | |
| 49. | March 29, 2011 | BAHCAL 050000028-29 | | |
| 50. | March 29, 2011 | BAHCAL 050000091-093 | | |
| 51. | April 5, 2011 | BAHCAL 030001461-1462 | | |
| 52. | April 5, 2011 | CC 00826 | | |
| 53. | April 5, 2011 | BAHCAL 050000533-534 and BAHCAL 030002899 | | |
| 54. | April 5, 2011 | BAHCAL 030002473 | | |
| 55. | April 6, 2011 | BAHCAL 050000383-384 | | |
| 56. | April 18, 2011 | BAHCAL 050000524-525 | | |
| 57. | April 21, 2011 | BAHCAL 110000916 | | |
| 58. | May 18, 2011 | BAHCAL 110000948 | | |
| 59. | May 20, 2011 | BAHCAL 030000133 | | |
| 60. | May 20, 2011 | BAHCAL 010000331 | | |
| 61. | May 20, 2011 | BAHCAL 010000332-343 | | |
| 62. | May 26, 2011 | BAHCAL 110000945-47 | | |
| 63. | May 31, 2011 | BAHCAL 0300002479 | | |
| 64. | May 31, 2011 | BAHCAL 030003133-3134 | | |
| 65. | May 2011 | BAHCAL 030003497 | | |
| 66. | May 2011 | BAHCAL 030003498 | | |
| 67. | June 2, 2011 | BAHCAL 030000073-074 | | |
| 68. | June 2, 2011 | BAHCAL 030000765-766 | | |
| 69. | June 3, 2011 | BAHCAL 030000734 | | |

| | | | | |
|---|---|---|---|---|
| 70. | June 3, 2011 | BAHCAL 050000358 | | |
| 71. | June 4, 2011 | BAHCAL 110000424-449 | | |
| 72. | June 8, 2011 | BAHCAL 050000005-06 | | |
| 73. | June 10, 2011 | BAHCAL 030002890-2891 | | |
| 74. | June 10, 2011 | BAHCAL 030002892-2893 | | |
| 75. | June 11, 2011 | BAHCAL 030001459-1460 | | |
| 76. | June 18, 2011 | BAHCAL 030000438-43 | | |
| 77. | June 23, 2011 | BAHCAL 110000482-483 | | |
| 78. | June 30, 2011 | BAHCAL 030000061-062 | | |
| 79. | June 30, 2011 | BAHCAL 030000065-066 | | |
| 80. | June 30, 2011 | BAHCAL 030000063-064 | | |
| 81. | June 30, 2011 | BAHCAL 030000075-076 | | |
| 82. | Summer 2011 | BAHCAL 030002905-2906 | | |
| 83. | August 17, 2011 | BAHCAL 030002461-2462 | | |
| 84. | October 31, 2011 | BAHCAL 030002384-2385 | | |
| 85. | December 31, 2011 | BAHCAL 070000189-192 | | |
| 86. | December 31, 2011 | BAHCAL 070000181-184 | | |
| 87. | UNDATED | BAHCAL 120000001-003 | | |
| 88. | UNDATED | BAHCAL 110000339-354 | | |
| 89. | UNDATED | BAHCAL 170000001-009 | | |
| 90. | UNDATED | BAHCAL 010000060-073 | | |
| 91. | UNDATED | PLACEHOLDER – Court-ordered assessments | | |
| 92. | Tinsky Assessments | | | |
| 93. | Storms Assessments | | | |
| 94. | VARIOUS (Plaintiff's mitigation documents) | CC 001171-1443<br>BAHCAL 030002117<br>BAHCAL 030002120<br>BAHCAL 030002121-2123<br>BAHCAL 030002126-2127<br>BAHCAL 030002129<br>BAHCAL 030002135<br>BAHCAL 030002198-2203<br>BAHCAL 030002327-2328<br>BAHCAL 030002422-2424<br>BAHCAL 110000030 | | |
| 95. | VARIOUS (Plaintiff's tax returns and EPP) | CC 00371-775 | | |
| 96. | ECAP Summary | | | |
| 97. | Calobrisi Employment Contracts | | | |
| 98. | Life Insurance Premium | | | |
| 99. | Calobrisi Retirement Account Plan Letter | | | |
| 100. | Termination and Leave Checklist | | | |
| 101. | Calobrisi W-2s 2002-2011 | | | |
| 102. | May 31, 2013 | Complaint | | |

3

| | | | | |
|---|---|---|---|---|
| 103. | July 1, 2013 | Declarations of Appleby, Osborne, Meyers, Manya | | |
| 104. | September 8, 2014 | Plaintiff's Obj/ Answers to Interrogatories | | |
| 105. | September 29, 2014 | Plaintiff's Supplemental Answers to Interrogatories | | |
| 106. | December 17, 2014 | Plaintiff's Second Supplemental Answers to Interrogatories | | |
| 107. | October 14, 2014 | Dr. Joel N. Morse Expert Report | | |
| 108. | PLACEHOLDER | Morse Supplemental Report pending preparation of Deposition Tr. | | |
| 109. | September 29, 2014 | Defendant's Obj/ Answers to Plaintiff's Interrogatories | | |
| 110. | November 6, 2014 | Defendant's Obj/ Answers to Plaintiff's Second Set of Interrogatories | | |
| 111. | December 2, 2014 | Defendant's Obj/ Answer to Interrogatory re After-Acquired Affirmative Defense | | |
| 112. | January 31, 2014 | Deposition Tr. Appleby | | |
| 113. | January 31, 2014 | Deposition Tr. Meyers | | |
| 114. | January 31, 2014 | Deposition Tr. Osborne | | |
| 115. | December 8, 2014 | Deposition Tr. Thompson | | |
| 116. | December 9, 2014 | Deposition Tr. Appleby | | |
| 117. | December 10, 2014 | Deposition Tr. Ewart | | |
| 118. | December 10, 2014 | Deposition Tr. Hyde | | |
| 119. | December 11, 2014 | Deposition Tr. Meyers | | |
| 120. | December 12, 2014 | Deposition Tr. Gleich | | |
| 121. | December 15, 2014 | 30(b)(6) Deposition Transcript | | |
| 122. | December 16, 2014 | Deposition Tr. Kaszubski | | |
| 123. | December 16, 2014 | Deposition Tr. Morse | | |
| 124. | December 16, 2014 | Deposition Tr. Montville-White | | |
| 125. | December 18, 2014 | Deposition Tr. Manya | | |
| 126. | December 19, 2014 | Deposition Tr. Calobrisi | | |
| 127. | PLACEHOLDER - | Any other depositions Ordered by the Court or Documents produced | | |
| | | | | |
| | | | | |

     In addition to the above exhibits, Plaintiff reserves the right to use any exhibit at trial listed by the Defendant.

     Plaintiff reserves the right to use, in whole or in part, the deposition transcripts for the depositions taken during the case.

     Plaintiff reserves the right to use any prior recorded testimony or sworn statement of any witness that is unavailable to testify at trial.

Plaintiff reserves the right to use any pleading or written discovery response as an exhibit at trial.

Plaintiff reserves the right to use at trial any document marked as an exhibit during the depositions taken in this case.

Plaintiff reserves the right to submit exhibits for the purposes of rebuttal and/or impeachment as may arise at trial.

Plaintiff reserves the right to use demonstrative, illustrative and/or summary exhibits during trial.

Plaintiff reserves the right to amend and/or supplement her Exhibit List to include any subsequently discovered exhibits identified in discovery or by the Defendant after submission of this pleading, including without limitations depositions conducted after this submission.

DATE: December 18, 2014

                                          Respectfully Submitted,

                                          */s/ John R. Ates*
John R. Ates, Esquire (VSB # 71697)
Ates Law Firm, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 647-7501 (telephone)
(703) 229-6430 (facsimile)
j.ates@ateslaw.com

                                          */s/ Linda M. Correia*
Linda M. Correia
(*Admitted pro hac vice*)
Correia & Puth, PLLC
1775 K Street, NW, Suite 600
Washington, D.C. 20006
Telephone: (202) 602-6500
Facsimile: (202) 602-6501
lcorreia@correiaputh.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on December 18, 2014, I served the foregoing through the Court's electronic filing system to the following, which will then send a notification of such filing ("NEF") to counsel identified below:

Stephen W. Robinson  
Sarah A. Belger  
Melissa L. Taylormoore  
McGuire Woods LLP  
1750 Tysons Blvd., Suite 1800  
Tysons Corner, VA 22102  
srobinson@mcguirewoods.com  
sbelger@mcguirewoods.com  
mtaylormoore@mcguirewoods.com  


Attorneys for Defendant

                                                           */s/ John R. Ates*  
                                             John R. Ates, Esquire (VSB # 71697)  
                                             Ates Law Firm, P.C.  
                                             1800 Diagonal Road, Suite 600  
                                             Alexandria, Virginia 22314  
                                             (703) 647-7501 (telephone)  
                                             (703) 229-6430 (facsimile)  
                                             j.ates@ateslaw.com