IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CARLA CALOBRISI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:14-cv-00996 (AJT/TRJ) |
| | ) |
| BOOZ ALLEN HAMILTON INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT BOOZ ALLEN HAMILTON INC. AND NON-PARTIES DEBORAH SHERMAN AND ROBIN SHAFFERT'S MOTION TO QUASH AND/OR IN THE ALTERNATIVE FOR ENTRY OF A PROTECTIVE ORDER RELATING TO DEPOSITION SUBPOENAS ISSUED BY PLAINTIFF**

COME NOW Defendant Booz Allen Hamilton Inc. ("Booz Allen") and Non-Parties Deborah Sherman and Robin Shaffert, by counsel, and pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, hereby file this Motion to Quash and/or in the Alternative for a Protective Order Relating to Deposition Subpoenas issued by Plaintiff.

As set forth in the attached supporting Memorandum, Defendant and Non-Parties Deborah Sherman and Robin Shaffert request this Court to quash the subpoena served on Deborah Sherman and Robin Shaffert or, in the alternative, to enter a Protective Order to preclude Plaintiff from taking their depositions.

As detailed in the attached supporting Memorandum, Defendant's counsel conferred with Plaintiff's counsel numerous times via email between December 22, 2014 and January 15, 2015, but the parties were unable to resolve this matter without the Court's intervention.

1

ROBIN SHAFFERT AND DEBORAH SHERMAN
NON-PARTIES
By Counsel


_____/s/_____
Stephen W. Robinson (Va. Bar No. 15337)
Melissa L. Taylormoore (Va. Bar No. 75506)
Sarah A. Belger (Va. Bar No. 67947)
*Counsel for Non-Parties Robin Shaffert
 and Deborah Sherman*
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, Virginia  22102
Telephone:  (703) 712-5469
Facsimile: (703) 712-5258
sbelger@mcguirewoods.com
srobinson@mcguirewoods.com
mtaylormoore@mcguirewoods.com


BOOZ ALLEN HAMILTON INC.
By Counsel


_____/s/_____
Stephen W. Robinson (Va. Bar No. 15337)
Melissa L. Taylormoore (Va. Bar No. 75506)
Sarah A. Belger (Va. Bar No. 67947)
*Counsel for Defendant Booz Allen Hamilton Inc.*
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, Virginia  22102
Telephone:  (703) 712-5469
Facsimile: (703) 712-5258
sbelger@mcguirewoods.com
srobinson@mcguirewoods.com
mtaylormoore@mcguirewoods.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on January 16, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record. I further certify that a true copy of foregoing will also be served via electronic mail upon:

     John R. Ates (Va. Bar No. 71697)
     Ates Law Firm, P.C.
     1800 Diagonal Road, Suite 600
     Alexandria, Virginia 22314
     (703) 647-7501 (telephone)
     (703) 229-6430 (facsimile)
     j.ates@ateslaw.com
     *Counsel for Plaintiff Carla Calobrisi*

And I hereby certify that on January 16, 2015, I will serve a true copy of the following via electronic mail upon the following non-filing user:

     Linda M. Correia (Admitted *pro hac vice*)
     Correia & Puth, PLLC
     1775 K Street, NW, Suite 600
     Washington, D.C. 20006
     (202) 602-6500 (telephone)
     (202) 349-1044 (direct)
     (202) 602-6501 (facsimile)
     lcorreia@correiaputh.com
     *Counsel for Plaintiff Carla Calobrisi*

     /s/
     Stephen W. Robinson (Va. Bar No. 15337)
     McGuireWoods LLP
     1750 Tysons Boulevard, Suite 1800
     Tysons Corner, Virginia 22102
     Telephone: (703) 712-5469
     Facsimile: (703) 712-5258
     srobinson@mcguirewoods.com
     *Counsel for Defendant Booz Allen Hamilton Inc. and Non-Parties Robin Shaffert and Deborah Sherman*

63789659_1