
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| CARLA CALOBRISI ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:14-cv-00996-AJT-TRJ |
| BOOZ ALLEN HAMILTON INC., ) | |
|         Defendant. ) | |

**NOTICE OF SUBMISSON OF EXHIBITS 38-63 ASSOCIATED WITH PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, Plaintiff Carla Calobrisi, by and through her attorneys, and pursuant to the Eastern District of Virginia Electronic Case Filing Policies and Procedures Manual, files Exhibits 38-63 associated with "Plaintiff's Memorandum In Opposition To Defendant's Motion for Summary Judgment," such exhibits needing to be filed separately due to filing size limitations of the CM/ECF system.

        Respectfully Submitted,

        */s/ John R. Ates*
        John R. Ates, Esquire (VSB # 71697)
        Ates Law Firm, P.C.
        1800 Diagonal Road, Suite 600
        Alexandria, Virginia 22314
        (703) 647-7501 (telephone)
        (703) 229-6430 (facsimile)
        j.ates@ateslaw.com

        /s/ *Linda M. Correia*
        Linda M. Correia (*Admitted pro hac vice*)
        Amber Trzinski Fox (*Admitted pro hac vice*)
        Correia & Puth, PLLC
        1775 K Street, NW, Suite 600
        Washington, D.C. 20006
        Telephone: (202) 602-6500
        Facsimile: (202) 602-6501
        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on the February 9, 2015, I served the foregoing through the Court's electronic filing system to the following, which will then send a notification of such filing ("NEF") to counsel identified below:

Stephen W. Robinson
Sarah A. Belger
Melissa L. Taylormoore
McGuire Woods LLP
1750 Tysons Blvd., Suite 1800
Tysons Corner, VA 22102
(703) 712-5000 (telephone)
(703) 712-5050 (facsimile)
srobinson@mcguirewoods.com
sbelger@mcguirewoods.com
mtaylormoore@mcguirewoods.com

Attorneys for Defendant

                                                 */s/ John R. Ates*
                                                 John R. Ates, Esquire (VSB # 71697)
                                                 Ates Law Firm, P.C.
                                                 1800 Diagonal Road, Suite 600
                                                 Alexandria, Virginia 22314
                                                 (703) 647-7501 (telephone)
                                                 (703) 229-6430 (facsimile)
                                                 j.ates@ateslaw.com

                                                 Attorneys for Plaintiff