IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CARLA CALOBRISI, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:14-cv-996-AJT-TRJ |
| BOOZ ALLEN HAMILTON INC., | ) |
| Defendant. | ) |

FILED FEB 26 2015

## ORDER

It appearing to the court that plaintiff's motion to seal (no. 260) complies with applicable precedent and rules and that no objection has been interposed, plaintiff's motion is accordingly GRANTED.

It is so ORDERED.

ENTERED this 26th day of February 2015.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia