UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| CARLA CALOBRISI ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:14-cv-00996-AJT-MSN |
| ) | |
| BOOZ ALLEN HAMILTON INC., ) | |
|         Defendant. ) | |

**PLAINTIFF'S MOTION IN LIMINE**

Plaintiff Carla Calobrisi, by counsel, hereby moves this Court for an Order precluding Defendant Booz Allen Hamilton, Inc. ("Booz Allen" or "Defendant") from discussing in voir dire, in opening statement or at trial (1) it's supposed expert testimony or other expert evidence, such as expert reports; (2) testimony or other evidence relating to the purported "statistics" in Defendant's Motion for Summary Judgment and attached Meyers Third Declaration; and (3) testimony or other evidence concerning Ms. Calobrisi's performance and qualifications.  In support thereof, Plaintiff submits the attached Memorandum in Support.

                                                Respectfully Submitted,

                                                 /s/ John R. Ates
                                           John R. Ates, Esquire (VSB # 71697)
                                           Ates Law Firm, P.C.
                                           1800 Diagonal Road, Suite 600
                                           Alexandria, Virginia 22314
                                           (703) 647-7501 (telephone)
                                           (703) 229-6430 (facsimile)
                                           j.ates@ateslaw.com

                                               /s/ Linda M. Correia
                                           Linda M. Correia
                                           (*Admitted pro hac vice*)
                                           Amber Trzinski Fox
                                           (*Admitted pro hac vice*)
                                           Correia & Puth, PLLC

1775 K Street, NW, Suite 600
Washington, D.C. 20006
Telephone: (202) 602-6500
Facsimile: (202) 602-6501
lcorreia@correiaputh.com
afox@correiaputh.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on March 20, 2015, I served the foregoing through the Court's electronic filing system to the following, which will then send a notification of such filing ("NEF") to counsel identified below:

Stephen W. Robinson
Sarah A. Belger
Melissa L. Taylormoore
McGuire Woods LLP
1750 Tysons Blvd., Suite 1800
Tysons Corner, VA 22102
srobinson@mcguirewoods.com
sbelger@mcguirewoods.com
mtaylormoore@mcguirewoods.com


Attorneys for Defendant


                                         */s/ John R. Ates*
                                 John R. Ates, Esquire (VSB # 71697)
                                 Ates Law Firm, P.C.
                                 1800 Diagonal Road, Suite 600
                                 Alexandria, Virginia 22314
                                 (703) 647-7501 (telephone)
                                 (703) 229-6430 (facsimile)
                                 j.ates@ateslaw.com