UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| CARLA CALOBRISI ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:14-cv-00996-AJT-MSN |
| BOOZ ALLEN HAMILTON INC., ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL EX. 6 TO PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION IN LIMINE**

Plaintiff Carla Calobrisi, by and through her attorneys, moves this Honorable Court pursuant to Local Civil Rule 5 of this Court for leave to file under seal Exhibit 6 to Plaintiff's Motion and Memorandum in Support of Motion in Limine. In support of its motion, Plaintiff states as follows:

Exhibit 6 contains information specifically designated Confidential and as Attorneys' Eyes Only pursuant to the terms of the Court-approved Second Agreed Protective Order. (Doc. No. 104.) The Second Agreed Protective Order also prohibits the unrestricted disclosure of confidential material "that reveals a trade secret, or other confidential research, development, or financial information that is commercially sensitive, or that otherwise is entitled to protective treatment under Fed. R. Civ. P. 26(c), and personal information that is protected from disclosure by statute, regulation, or otherwise entitled to protection from public disclosure." (*Id.*)

Local Civil Rule 5 provides the possibility of filing confidential, unredacted, pleadings under seal. Exhibit 6 to Plaintiff's Motion in Limine was designated confidential and Attorneys' Eyes Only. This confidential material should not be made publicly available. Accordingly, Plaintiff Calobrisi respectfully moves for leave to file Exhibit 6 to Plaintiff's Motion and Memorandum in Support of Motion in Limine under seal.

Respectfully Submitted,

  /s/ *John R. Ates*
John R. Ates, Esquire (VSB # 71697)
Ates Law Firm, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 647-7501 (telephone)
(703) 229-6430 (facsimile)
j.ates@ateslaw.com

  /s/ *Linda M. Correia*
Linda M. Correia
(*Admitted pro hac vice*)
Correia & Puth, PLLC
1775 K Street, NW, Suite 600
Washington, D.C. 20006
Telephone: (202) 602-6500
Facsimile: (202) 602-6501
lcorreia@correiaputh.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2015, I served the foregoing through the Court's electronic filing system to the following, which will then send a notification of such filing ("NEF") to counsel identified below:

Stephen W. Robinson
Sarah A. Belger
Melissa L. Taylormoore
McGuire Woods LLP
1750 Tysons Blvd., Suite 1800
Tysons Corner, VA 22102
(703) 712-5000 (telephone)
(703) 712-5050 (facsimile)
srobinson@mcguirewoods.com
sbelger@mcguirewoods.com
mtaylormoore@mcguirewoods.com

Attorneys for Defendant

          */s/ John R. Ates*
John R. Ates, Esquire (VSB # 71697)
Ates Law Firm, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 647-7501 (telephone)
(703) 229-6430 (facsimile)
j.ates@ateslaw.com

Attorneys for Plaintiff