IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| CARLA CALOBRISI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14-cv-00996 (AJT/MSN) |
| ) | |
| ) | |
| BOOZ ALLEN HAMILTON, INC ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the order of this Court entered on March 24, 2015 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the defendant Booz Allen Hamilton, Inc. and against the plaintiff Carla Calobrisi.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
G. Walker
Deputy Clerk

Dated: March 24, 2015
Alexandria, Virginia