# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

**File Number 1:14-cv-00996-AJT-MSN**

| | |
|---|---|
| CARLA CALOBRISI ) | |
|     Plaintiff-Appellant, ) | |
| ) | |
| v. ) | **Notice of Appeal** |
| ) | |
| BOOZ ALLEN HAMILTON INC., ) | |
|     Defendant-Appellee. ) | |

Notice is hereby given that Carla Calobrisi, Plaintiff in the above-referenced case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Final Judgment (Doc. No. 297) and the related Order (Doc. No. 296) and Memorandum Opinion (Doc. No. 295) entered in this action on the 24th day of March, 2015.

                                                                                           Respectfully Submitted,
                                                                                    /s/ *John R. Ates*
                                                                John R. Ates, Esquire (VSB # 71697)
                                                               Ates Law Firm, P.C.
                                                               1800 Diagonal Road, Suite 600
                                                              Alexandria, Virginia 22314
                                                              (703) 647-7501 (telephone)
                                                             (703) 229-6430 (facsimile)
                                                             j.ates@ateslaw.com

                                                             /s/ *Linda M. Correia*
                                                             Linda M. Correia (*Admitted pro hac vice*)
                                                             Amber Trzinski Fox (*Admitted pro hac vice*)
                                                             Correia & Puth, PLLC
                                                             1775 K Street, NW, Suite 600
                                                             Washington, D.C. 20006
                                                             Telephone: (202) 602-6500
                                                             Facsimile: (202) 602-6501
                                                             lcorreia@correiaputh.com
                                                             afox@correiaputh.com

                                                             *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on March 30, 2015, I served the foregoing through the Court's electronic filing system to the following, which will then send a notification of such filing ("NEF") to counsel identified below:

Stephen W. Robinson
Sarah A. Belger
Melissa L. Taylormoore
McGuire Woods LLP
1750 Tysons Blvd., Suite 1800
Tysons Corner, VA 22102
srobinson@mcguirewoods.com
sbelger@mcguirewoods.com
mtaylormoore@mcguirewoods.com

Attorneys for Defendant

            */s/ John R. Ates*
           John R. Ates, Esquire (VSB # 71697)
           Ates Law Firm, P.C.
           1800 Diagonal Road, Suite 600
           Alexandria, Virginia 22314
           (703) 647-7501 (telephone)
           (703) 229-6430 (facsimile)
           j.ates@ateslaw.com