**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| CARLA CALOBRISI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:14cv996 (AJT/MSN) |
| | ) |
| BOOZ ALLEN HAMILTON INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT BOOZ ALLEN HAMILTON INC.'S BILL OF COSTS

COMES NOW Defendant Booz Allen Hamilton Inc. ("Booz Allen"), by counsel, pursuant to 28 U.S.C. §§ 1920 and 1924, Federal Rule of Civil Procedure 54(d), and Local Rule 54, and submits this Bill of Costs as the prevailing party in the captioned case. A full itemization supported by Affidavit and the legal grounds supporting this Bill of Costs are fully set forth in the accompanying Memorandum in Support hereof, which is incorporated herein by reference.

In accordance with the Local Rules of this Court, counsel for Booz Allen made a good-faith effort to contact Plaintiff's counsel in order to explore the possibility of reducing the areas of disagreement.

WHEREFORE, Booz Allen requests that costs in the amount of $28,541.40 be taxed against the Plaintiff. Booz Allen also requests that this Court grant Booz Allen post-judgment interest on any award of costs pursuant to 28 U.S.C. § 1961 (2012) and such other and further relief as it deems appropriate.

                                                                 BOOZ ALLEN HAMILTON INC.
                                                                  By Counsel

/s/
Stephen W. Robinson (Va. Bar No. 15337)
Melissa L. Taylormoore (Va. Bar No. 75506)
Sarah A. Belger (Va. Bar No. 67947)
*Counsel for Defendant Booz Allen Hamilton Inc.*
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, Virginia 22102
Telephone: (703) 712-5000
Facsimile: (703) 712-5050
sbelger@mcguirewoods.com
srobinson@mcguirewoods.com
mtaylormoore@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of April, 2015, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to the parties listed below:

> John R. Ates (VSB #71697)
> Ates Law Firm, P.C.
> 1800 Diagonal Road, Suite 600
> Alexandria, VA 22314
> 703-647-7501 (T)
> 703-229-6430 (F)
> j.ates@ateslaw.com
> *Counsel for Plaintiff*

I also certify that a true copy of the foregoing will be served via electronic mail and first class mail upon the following non-filing user:

> Linda M. Correia (admitted *pro hac vice*)
> Correia & Puth, PLLC
> 1775 K Street, N.W., Suite 600
> Washington, D.C. 20006
> 202-349-1044 (Direct)
> 202-602-6501 (F)
> 202-602-6500 (T)
> lcorreia@correiaputh.com
> *Counsel for Plaintiff*

>                     /s/
> Stephen W. Robinson (VSB #15337)
> *Counsel for Defendant Booz Allen Hamilton Inc.*
> MCGUIREWOODS LLP
> 1750 Tysons Blvd., Suite 1800
> Tysons Corner, VA 22102
> Telephone: (703) 712-5469
> Facsimile: (703) 712-5258
> srobinson@mcguirewoods.com

64032677_2