IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CARLA CALOBRISI,                          )
                                          )
            Plaintiff,                    )
                                          )
v.                                        )  Case No. 1:14cv996 (TRJ/MSN)
                                          )
BOOZ ALLEN HAMILTON INC.,                 )
                                          )
            Defendant.                    )
_____  )

**AFFIDAVIT OF STEPHEN W. ROBINSON IN SUPPORT OF**
**DEFENDANT BOOZ ALLEN HAMILTON INC.'S BILL OF COSTS**

The undersigned, having been duly sworn, states as follows:

1.      My name is Stephen W. Robinson.  I am an attorney with the firm of
McGuireWoods LLP.  I have been a member of the Bar of this Court since 1980.  Based on my
personal knowledge, I am competent to testify about the following matters.

2.      I am counsel for Booz Allen Hamilton Inc. ("Booz Allen"), the prevailing party in
this action.  I am submitting this Affidavit in support of Booz Allen's request for a Bill of Costs
in successfully defending this case pursuant to 28 U.S.C. §§ 1821, 1920 and 1924, and Rules
54(d) and 58 of the Federal Rules of Civil Procedure.  This Affidavit constitutes my firm's
application for such expenses from June 26, 2013 through March 6, 2015.

3.      In connection with the defense of this lawsuit, Booz Allen has incurred costs with
my firm in the amount of $28,541.40 through March 6, 2015.  An itemization of the costs is
attached as Exhibit A. This itemization includes the receipts in support of the Bill of Costs.

4.      These costs are correct and have been necessarily incurred in this case and the
services for which these expenses have been charged were actually and necessarily performed.

1

5.   Accordingly, I request Booz Allen be awarded its expenses incurred in defending this case, which are $28,541.40.

_____
Stephen W. Robinson

COMMONWEALTH OF VIRGINIA
COUNTY OF FAIRFAX

Subscribed and sworn to before me this 2nd day of April, 2015.

_____
Notary Public

My commission expires: 2/29/16 _____

> Tracy L. Ellis
> Commonwealth of Virginia
> Notary Public
> Commission No. 153372
> My Commission Expires 2/29/2016

65919351_1

2

<u>**CARLA CALOBRISI v. BOOZ ALLEN HAMILTON**</u>
Case No. 1:14cv00996 (AJT/MSN)

ITEMIZATION OF TAXABLE COSTS
FOR DEFENDANT'S BILL OF COSTS

**Fees of the Clerk (28 USC §§ 1914, 1917, 1920(1))**

Filing Fee (Removal from D.C. Superior Court to
U.S. District Court for the District of Columbia)

|  |  |
|---|---|
| **Total** | **$ 400.00** |

**Fees for Service of Subpoenas and Summons**

| | |
|---|---|
| Boughton Protective Services LLC | $395.00 |
|    Nesly Hneich, J. Montville-White, Novapsychotherapy, | |
|    Dr. Lois Bartos, Ambrish Gupta, M.D. | |
| Boughton Protective Services LLC | $520.00 |
|    Real Estate Counselors, Calobrisi & Associates, Major, | |
|    Lindsey & Africa, LLC, Miller Blowers and JuriSolutions | |
| Boughton Protective Services LLC | $750.00 |
|    Deposition Subpoenas to Joan Hyde, Nesly Hneich, M.D. | |
|    Judith Montville-White, Joel Morse, Ph.D., Elizabeth | |
|    Ewart and Marek Kazubski | |
| Service by Irving | $353.26 |
|    The Bortstein Legal Group | |

|  |  |
|---|---|
| **Total:** | **$2,018.26** |

**Fees of Witnesses (28 USC §§ 1821, 1920(6); Local Rule 30(E))**

| | |
|---|---|
| Joel N. Morse, Ph.D. | $ 97.46[1] |
| Elizabeth Ewart | $ 65.20 |
| Marek Kaszubski | $ 53.89 |
| Judith Montville-White | $ 43.36 |
| Nesly Hneich, M.D. | $ 42.80 |
| Joan Hyde | $ 48.96 |

|  |  |
|---|---|
| **Total:** | **$ 351.67** |

---

[1] Although Dr. Morse received a check in the amount of $1,583.37, Defendant is only requesting reimbursement of the standard witness fee paid to this witness in the amount of $97.46 in accordance with 28USC §§ 1821, 1920(6) and Local Rule 30(E).

1

EXHIBIT A

**Court Reporter Fees for Necessary Transcripts for Use in the Case (28 USC § 1920(2))**

| | |
|---|---|
| 12/03/2013 Hr'g before Judge Wilkins (USDC DC) | $ 326.25 |
| 12/17/2013 Teleconference Judge Wilkins (USDC DC) | $ 104.65 |
| 12/18/2013 Telephonic conference (USDC DC) | $  53.35 |
| 07/02/2014 Hr'g before Judge Cooper (USDC  DC) | $ 223.85 |
| 10/17/2014 Hr'g before Mag. Judge Jones | $ 260.15 |
| 10/24/2014 Hr'g before Mag. Judge Jones | $ 449.50 |
| 10/31/2014 Hr'g before Mag. Judge Jones | $ 127.05 |
| 11/14/2014 Hr'g before Mag. Judge Jones | $ 205.70 |
| 11/21/2014 Hr'g before Mag. Judge Jones | $ 290.40 |
| 12/04/2014 Hr'g before Mag. Judge Jones | $ 121.00 |
| 12/12/2014 Hr'g before Mag. Judge Jones | $  58.00 |
| 12/19/2014 Hr'g before Mag. Judge Jones | $ 145.20 |
| 12/30/2014 Hr'g before Mag. Judge Jones | $ 152.25 |
| 01/16/2015 Hr'g before Judge Trenga | $  21.75 |
| 01/23/2015 & 03/6/2015 Hr'g before Judge Trenga | $ 294.10 |
| 01/23/2015 Hr'g before Mag. Judge Jones | $ 145.00 |
| 02/04/2015 Telephonic Hr'g Tr. Before Mag. Judge Jones | $ 103.20 |

**Total:**          **$3,081.40**

**Fees for Exemplification and Copies Necessarily Obtained for Use in Case (28 USC § 1920(4))**

**Copies of Trial Exhibits**

| | |
|---|---|
| Lightspeed | $   53.55 |
| Lightspeed | $2,064.50 |

**Total:**          **$2,118.05**

**Copies of Motion for Summary Judgment:**

| | |
|---|---|
| 1 courtesy copy (Judge) | 273 pages |
| 1 copy (Plaintiff's Counsel) | 273 pages |
| Total Page Count | 546 at 10 ¢ a page |

**Copies of Reply in Support of Motion for Summary Judgment**

| | |
|---|---|
| 1 courtesy copy (Judge) | 128 pages |
| 1 copy (Plaintiff's Counsel) | 128 pages |
| Total Page Count | 256 at 10 ¢ a page |

**Total:**          **$80.20**

**Costs Incident to Taking Depositions (28 USC § 1920(2))**

EXHIBIT A

|  | Regular | Exp. |
|---|---|---|
| William S. Meyers (1/31/14) (USDC DC) | $ 407.10 | 614.10 |
| Robert Stephen Osborne (1/31/14) (USDC DC) | $ 297.95 | 449.45 |
| CG Appleby (1/31/14) (USDC DC) | $ 286.85 | 411.35 |
| Carla Calobrisi (2/6/14) (USDC DC) | $ 329.50 | |
| Betty Thompson (12/8/14) | $ 467.50 | |
| Nesly Y. Hneich, M.D. (12/9/14) | $ 404.75 | 684.05 |
| CG Appleby (12/9/14) | $ 490.05 | 831.60 |
| Joan J. Hyde (12/10/14) | $ 402.50 | 684.25 |
| Elizabeth Ewart (12/10/14) | $ 472.25 | 758.90 |
| William S. Meyers (12/11/14) | $ 797.90 | 1439.80 |
| Jennifer Gleich (12/12/14) | $ 385.80 | 701.85 |
| William S. Meyers -30(b)(6) (12/15/14) | $ 577.60 | 1253.10 |
| Marek Kaszubski (12/16/14) | $ 493.50 | 1057.50 |
| Joel Morse, Ph.D. (12/16/14) | $ 259.00 | 555.00 |
| Judith Montville-White (12/16/14) | $ 357.25 | 697.25 |
| Douglas Manya (12/18/14) | $ 612.00 | 1329.50 |
| Carla Calobrisi (12/19/14) | $ 1518.25 | 3194.25 |
| Molly Finn (12/22/14) | $ 424.80 | |
| CG Appleby (1/8/15) | $ 302.30 | 631.30 |
| Catherine Nelson (1/20/15) | $ 252.15 | 521.65 |
| Robert Osborne (1/21/15) | $ 472.00 | 1032.00 |
| Diane Merolla (1/21/15) | $ 210.85 | |
| Deborah Sherman (2/3/15) | $ 287.50 | 658.75 |
| Robin Shaffert (2/4/15) | $ 228.55 | 470.05 |

**Total Including Expedited Costs**   **$19,898.40**
**Total Excluding Expedited Costs**   **$10,707.90**

William Meyers' travel expenses for defending
D. Sherman's Deposition up in New York   **$503.42**

**TOTAL COSTS SOUGHT:**   **$28,541.40**

65879701_2

3

EXHIBIT A

## LaBossiere, Lisa K.

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Monday, June 24, 2013 12:32 PM |
| **To:** | LaBossiere, Lisa K. |
| **Subject:** | Pay.gov Payment Confirmation: DCD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Joe Burgess at (202) 354-3172.

Application Name: DCD CM ECF
Pay.gov Tracking ID: 25B9NN5O
Agency Tracking ID: 0090-3373698
Transaction Type: Sale
Transaction Date: Jun 24, 2013 12:32:05 PM

Account Holder Name: Melissa Taylormoore Transaction Amount: $400.00 Billing Address: Redacted
City: Vienna
State/Province: VA
Zip/Postal Code: 22181
Country: USA
Card Type: Visa
Card Number: ***********7185

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1

BPS - Boughton Protective Services
8201 Greensboro Drive
Suite 300
McLean VA  22102
Phone: (703) 740-1136



PAID

Mcguire Woods LLP
Lisa LaBossiere
1750 Tysons Boulevard #1800
Mclean VA  22102

| Invoice #: | 0001237 |
|---|---|
| Date: | October 24, 2014 |
| Amount Due USD: | $0.00 |
| PO #: | 2011440-0036 |

| To View Your Invoice Online » | 1. Go to: https://boughton.freshbooks.com/code |
|---|---|
| | 2. Enter this code: Redacted |

| Task | Time Entry Notes | Rate ($) | Hours | Line Total ($) |
|---|---|---|---|---|
| Process Service | Rush service to Judith Montville-White (Novapsychotherapy, LLC)<br>Woodburn Center for Community<br>3340 Woodburn Rd,<br>Annandale, VA 22003<br>SERVED on 10/20/14<br>No additional charge for second address (address change) | 125.00 | 1 | 125.00 |
| Process Service | Rush service to Judith Montville-White (Novapsychotherapy, LLC)<br>Woodburn Center for Community<br>3340 Woodburn Rd,<br>Annandale, VA 22003<br>SERVED on 10/20/14<br>Discounted rate for multiple serves at same address<br>No additional charge for second address (address change) | 20.00 | 1 | 20.00 |
| Process Service | Rush service to Dr. Bartis c/o Ambrish Gupta MD, FACP<br>6858 Old Dominion Dr. Suite 102<br>McLean VA 22101<br>SERVED on 10/20/14<br>NO Additional charge for second address (address change) | 125.00 | 1 | 125.00 |
| Process Service | Rush Service to Dr. Nesly Hneich c/o DC Metro Psychiatry, PLLC<br>8300 Boone Blvd, Suite 500<br>Tysons Corner, VA<br>SERVED on 10/17/14 | 125.00 | 1 | 125.00 |

| | |
|---|---|
| Subtotal: | 395.00 |
| Total: | 395.00 |
| Amount Paid: | -395.00 |
| Balance Due USD: | $0.00 |

**Thank you; we really appreciate your business. Please send payment within 30 days of receiving this invoice.**

BPS - Boughton Protective Services
8201 Greensboro Drive
Suite 300
McLean VA  22102
Phone: (703) 740-1136




Mcguire Woods LLP
Lisa LaBossiere
1750 Tysons Boulevard #1800
Mclean VA  22102

| | |
|---|---|
| Invoice #: | 0001236 |
| Date: | October 17, 2014 |
| Amount Due USD: | $0.00 |
| PO #: | 2011440-0036 |

**To View Your Invoice Online »**
1. Go to: https://boughton.freshbooks.com/code
2. Enter this code: Redacted

| Task | Time Entry Notes | Rate ($) | Hours | Line Total ($) |
|---|---|---|---|---|
| Process Service | Rush Service to Real Estate Counselors, PLLC – c/o Reg. Agent: Mark Ricardo, 300 N. Washington St., Suite 405, Alexandria, VA 22314 SERVED on 10/8/14 | 125.00 | 1 | 125.00 |
| Process Service | Rush Service to Calobrisi & Associates, LLC – c/o Reg. Agent: Carla Calobrisi, Redacted Bethesda, MD 20814 SERVED on 10/8/14 | 125.00 | 1 | 125.00 |
| Process Service | Rush Service to MillerBlowers – 9301 Gunpowder Place, Montgomery, MD 20886, Attn: Custodian of Records – Human Resources Dept. SERVED on 10/8/14 | 125.00 | 1 | 125.00 |
| Process Service | Rush Service to Major, Lindsey & Africa, LLC c/o Reg. Agent: Corporation Service Company, Bank of America Center, 16th Floor, 1111 East Main Street, Richmond, VA 23219 SERVED on 10/8/14 | 125.00 | 1 | 125.00 |
| Process Service | Rush Service to JuriSolutions, Inc. c/o Reg. Agent: Corporation Service Company, Bank of America Center, 16th Floor, 1111 East Main Street, Richmond, VA 23219. (discount-multiple serves at same address) SERVED on 10/9/14 | 20.00 | 1 | 20.00 |

| | |
|---|---|
| **Subtotal:** | **520.00** |
| **Total:** | **520.00** |
| **Amount Paid:** | **-520.00** |
| **Balance Due USD:** | **$0.00** |

**Thank you; we really appreciate your business. Please send payment within 30 days of receiving this invoice.**

BPS - Boughton Protective Services
8201 Greensboro Drive
Suite 300
McLean VA  22102
Phone: (703) 740-1136





Mcguire Woods LLP
Lisa LaBossiere
1750 Tysons Boulevard #1800
Mclean VA  22102

| Invoice #: | 0001260 |
|---|---|
| Date: | November 20, 2014 |
| Amount Due USD: | $0.00 |
| PO #: | 1:14CV00996AJT-TRJ |

| To View Your Invoice Online » | 1. Go to: https://boughton.freshbooks.com/code |
|---|---|
| | 2. Enter this code: Redacted |

| Task | Time Entry Notes | Rate ($) | Hours | Line Total ($) |
|---|---|---|---|---|
| Process Service | Rush Service to Ms Joan Hyde Redacted  Oakton, VA<br>SERVED on 11/13/14 | 125.00 | 1 | 125.00 |
| Process Service | Rush Service to Dr. Nesly Hneich c/o DC Metro Psychiatry, PLLC<br>8300 Boone Blvd, Suite 500<br>Tysons Corner, VA<br>SERVED on 11/14/14 | 125.00 | 1 | 125.00 |
| Process Service | Rush Service to Ms. Judith Montville-White c/p<br>Novapsychotherapy<br>501 Church St. Suite 111, Vienna, VA<br>SERVED on 11/14/14 | 125.00 | 1 | 125.00 |
| Process Service | Rush Service to Joel N Morse Redacted<br>Baltimore, MD<br>SERVED on 11/14/14 (discounted rate for out of area) | 125.00 | 1 | 125.00 |
| Process Service | Rush Service to Ms. Elizabeth Ewart<br>Redacted , Olney, MD<br>SERVED on 11/13/14 | 125.00 | 1 | 125.00 |
| Process Service | Rush Service to Mr. Marek Kazubski<br>Redacted  Bethesda, MD<br>SERVED on 11/13/14 | 125.00 | 1 | 125.00 |

| | Subtotal: | 750.00 |
|---|---|---|
| | Total: | 750.00 |
| | Amount Paid: | -750.00 |
| | Balance Due USD: | $0.00 |

**Thank you; we really appreciate your business. Please send payment within 30 days of receiving this invoice.**

MCGUIREWOODS LLP                     VENDOR:   SERIRV                    **CHECK NO.:**   558387

| REF. # | INV. # | DATE | INVOICE AMOUNT | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|----------------|---------------------|-------------|
| 2113299 | CL2265 | 10-15-14 | 353.26 | CRINV Send LaBossiere, Lisa. Tysons | 353.26 |

Total Amount of Check:     353.26

---

THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

CHECK DATE
10/29/14

Bank of America
Atlanta, GA

**McGuireWoods**
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219-4030
www.mcguirewoods.com

CHECK NO.   **558387**

64-1278
611 GA

**VOID AFTER 180 DAYS**

CHECK AMOUNT

*******353.26

THREE HUNDRED FIFTY-THREE AND 26/100 Dollars

**PAY**
TO THE
ORDER
OF

SERVING BY IRVING, INC.
233 Broadway Suite 2201
New York, NY 10279

TWO SIGNATURES REQUIRED IF OVER $10,000.00

*Thomas E. Colvias*
AUTHORIZED SIGNATURE

⑈558387⑈                 Redacted

Irving Botwinick, Founder
New York State Professional Process Servers
Association

Founding Member National Association
of Professional Process Servers

Associate Member of the following
State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia,
New Jersey, Oregon, Tennessee, Washington



Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of
New York State, Inc.
National Council of Investigation
and Security Services
Society of Professional Investigators
World Investigators Network Inc.

### *SERVING by IRVING INC.*

*"Serving the Legal Community Since 1977."*

October 15, 2014

ATTN: MARJORIE PETRARO

MCGUIREWOODS LLP
1345 AVENUE OF THE AMERICAS
7TH FLOOR
NEW YORK, NEW YORK 10105-0106

INVOICE # CL-2265

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|-----------|-----------|---------|--------|
| Carla Calobrisi | Booz Allen Hamilton Inc. | Subpoena Emergency Service On Bortstein Legal Group, Attn: Custodian Of Records-Human Resources Department | $350.00 |
| | | +Printing Fee: | $ 3.26 |
| | | TOTAL BILL: | $353.26 |

| Amount: | $1,583.37 | Sequence Number: | Redacted |
|---|---|---|---|
| Account: | Redacted | Capture Date: | 12/22/2014 |
| Bank Number: | 61000052 | Check Number: | 562389 |



THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK · HOLD AT AN ANGLE TO VIEW

CHECK DATE
12/17/14

Bank of America
Atlanta, GA

VOID AFTER 180 DAYS

**McGUIREWOODS**
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219-4030
www.mcguirewoods.com

CHECK NO.   562389

64-1278
611 GA

CHECK AMOUNT

******1,583.37

ONE THOUSAND FIVE HUNDRED EIGHTY-THREE AND 37/100 Dollars

PAY
TO THE
ORDER
OF

JOEL N MORSE, PHD
Redacted
Baltimore, MD 21210

TWO SIGNATURES REQUIRED IF OVER $10,000.00

AUTHORIZED SIGNATURE

SIGNATURE HAS A COLORED BACKGROUND · BORDER CONTAINS MICROPRINTING

562389   Redacted

**Electronic Endorsements:**

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 12/22/2014 | Redacted | Redacted | Rtn Loc/BOFD | Y | | BANK OF AMERICA, NA |

| | | | |
|---|---|---|---|
| Amount: | $65.20 | Sequence Number: | Redacted |
| Account: | Redacted | Capture Date: | 12/23/2014 |
| Bank Number: | 61000052 | Check Number: | 559411 |





Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 12/22/2014 | Redacted | | Rtn Loc/BOFD | Y | | CAPITAL ONE, NA |
| 12/23/2014 | Redacted | | Pay Bank | N | | |

```
Amount:        $53.89              Sequence Number:  Redacted
Account:       Redacted            Capture Date:     12/17/2014
Bank Number:   61000052            Check Number:     559412
```

CHECK DATE
11/13/14

Bank of America
Atlanta, GA

VOID AFTER 180 DAYS

FIFTY-THREE AND 89/100 Dollars

**McGUIREWOODS**
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219-4030
www.mcguirewoods.com

CHECK NO.   **559412**

64-1278
611 GA

CHECK AMOUNT

*********53.89

PAY
TO THE
ORDER
OF

MAREK KASZUBSKI
Redacted
Bethesda, MD 20814

TWO SIGNATURES REQUIRED IF OVER $10,000.00

AUTHORIZED SIGNATURE

⑈559412⑈        Redacted

**Electronic Endorsements:**

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 12/17/2014 | Redacted | | Pay Bank | N | | |
| 12/16/2014 | Redacted | | Rtn Loc/BOFD | Y | | WELLS FARGO BANK, NA |

Amount:        $43.36                Sequence Number:   Redacted
Account:       Redacted             Capture Date:      11/17/2014
Bank Number:   61000052             Check Number:      559413





Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|-----------|-----|-----|-----------|
| 11/17/2014 | Redacted | | Pay Bank | N | | |
| 11/14/2014 | Redacted | | Rtn Loc/BOFD | Y | | PNC BANK, NATIONAL A |

| | | | |
|---|---|---|---|
| Amount: | $42.80 | Sequence Number: | Redacted |
| Account: | Redacted | Capture Date: | 12/31/2014 |
| Bank Number: | 61000052 | Check Number: | 559414 |



**Electronic Endorsements:**

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 12/30/2014 | Redacted | | Rtn Loc/BOFD | Y | | CAPITAL ONE, NA |
| 12/31/2014 | Redacted | | Pay Bank | N | | |

MCGUIREWOODS LLP                          VENDOR:   US008955                **CHECK NO.:    559415**

| REF. # | INV. # | DATE | INVOICE AMOUNT | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|----------------|---------------------|-------------|
| 2117495 | 111214 | 11-12-14 | 48.96 | CRINV Send Giglio, Jessica. TYSONS | 48.96 |

Total Amount of Check:       48.96

---

THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

CHECK DATE
11/13/14

Bank of America
Atlanta, GA

VOID AFTER 180 DAYS

**MᴄGUIREWOODS**
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219-4030
www.mcguirewoods.com

CHECK NO.    **559415**

64-1278
611 GA

CHECK AMOUNT

*********48.96

**FORTY-EIGHT AND 96/100 Dollars**

PAY
TO THE
ORDER
OF

JOAN HYDE
Redacted
Oakton, VA 22124

TWO SIGNATURES REQUIRED IF OVER $10,000.00

AUTHORIZED SIGNATURE

SIGNATURE HAS A COLORED BACKGROUND - BORDER CONTAINS MICROPRINTING

⑆559415⑈

Redacted

MCGUIREWOODS LLP                           VENDOR:   US007195                              CHECK NO.:    531447

| REF. # | INV. # | DATE | INVOICE AMOUNT | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|----------------|---------------------|-------------|
| 2032497 | 1342 | 12-12-13 | 326.25 | CRINV Pick LaBossiere, Lisa. TYSONS | 326.25 |

Total Amount of Check:        326.25

---

CHECK DATE
12/16/13

Bank of America
Atlanta, GA

VOID AFTER 180 DAYS

THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**McGuireWoods**
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219-4030
www.mcguirewoods.com

CHECK NO.   **531447**

64-1278
611 GA

CHECK AMOUNT

*******326.25

THREE HUNDRED TWENTY-SIX AND 25/100 Dollars

PAY
TO THE
ORDER
OF

SCOTT WALLACE
333 Constitution Ave NW, #6503
Washington, DC 20001

TWO SIGNATURES REQUIRED IF OVER $10,000.00

AUTHORIZED SIGNATURE

⑈531447⑈                    Redacted

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

INVOICE NO:   00001342

MAKE CHECKS PAYABLE TO:

Lisa LaBossiere
McGuire Woods, LLP
1750 Tysons Boulevard
Suite 1800
Tysons, VA 22102

Phone:   (703) 712-5412

llabossier@mcguirewoods.com

Scott Wallace Reporting, Inc.
333 Constitution Avenue, N.W.
Suite 6503
Washington, DC 20001

Phone:      (202) 354-3196
FAX          (202) 449-4133
Tax ID:   Redacted
scott_l_wallace@dcd.uscourts.gov

| | DATE ORDERED | DATE DELIVERED |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 12-12-2013 | 12-12-2013 |

**Case Style:** 13-952, Carla Calobrisi v Booz Allen Hamilton, Inc.
Transcript of motion hearing proceedings held on December 3, 2013 before
the Honorable Robert L. Wilkins. Hard copy and electronic transcript
emmailed to llabossiere@mcguirewoods.com.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 45 | 6.05 | 272.25 | 45 | 1.20 | 54.00 | | | | 326.25 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 326.25 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | $326.25 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | |

*(All previous editions of this form are
cancelled and should be destroyed)*

Amount:     $104.65

Account:     Redacted

Bank Number: 61000052

Sequence Number: Redacted

Capture Date:   01/17/2014

Check Number:   534057

---

THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**CHECK DATE**
01/16/14

Bank of America
Atlanta, GA

**VOID AFTER 180 DAYS**

## McGUIREWOODS
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219-4030
www.mcguirewoods.com

**CHECK NO.** 534057

64-1278
611 GA

**CHECK AMOUNT**

*******104.65

ONE HUNDRED FOUR AND 65/100 Dollars

**PAY**
TO THE
ORDER
OF

PATTY GELS, RMR FCRR
333 Constitution Avenue, N.W.
Room 4700-A
Washington, DC 20001

TWO SIGNATURES REQUIRED IF OVER $10,000.00

*Thomas E. Cabaniss*
AUTHORIZED SIGNATURE

SIGNATURE HAS A COLORED MICROPRINT BORDER CONTAINS MICROPRINTING

⑆534057⑈     Redacted

---

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 01/17/2014 | Redacted | | Pay Bank | N | | |
| 01/16/2014 | Redacted | | Rtn Loc/BOFD | Y | | BRANCH BNKG AND TRUS |

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INVOICE NO:   20031942

**MAKE CHECKS PAYABLE TO:**

Stephen Robinson
McGuire Woods

,

Phone:

PATTY GELS, RMR, FCRR
Official Court Reporter
333 Constitution Avenue, N.W.
Room 4700-A
Washington, DC 20001
Phone:    (202) 962-0200
FAX       (202) 962-0200
Tax ID:   Redacted
artripgels@gmail.com

| | CRIMINAL | X CIVIL | DATE ORDERED: 12-20-2013 | DATE DELIVERED: 01-10-2014 |

**Case Style:** CA-13-952, Colobrisi v Booz Allen Hamilton, Inc.
To transcript of the teleconference held on 12/17/13 before the Honorable
Robert L. Wilkins

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 23 | 3.65 | 83.95 | 23 | 0.90 | 20.70 | | | | 104.65 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 104.65 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $104.65 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees  charged  and page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 01-14-2014 |

*(All previous editions of this form are cancelled and should be destroyed)*

Amount:     $53.35                  Sequence Number:   Redacted

Account:    Redacted               Capture Date:    12/31/2013

Bank Number: 61000052              Check Number:    531763



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 12/31/2013 | Redacted | | Rtn Loc/BOFD | Y | | BANK OF AMERICA, NA |

**LaBossiere, Lisa K.**

| | |
|---|---|
| **From:** | Chantal_Geneus@dcd.uscourts.gov |
| **Sent:** | Thursday, December 19, 2013 9:48 AM |
| **To:** | LaBossiere, Lisa K. |
| **Subject:** | Re: Calobrisi v. Booz Allen Hamilton Inc. - December 18, 2013 Telephonic Hearing Transcript before Judge Wilkins |

Good morning, Lisa:

The estimated pages and cost for the transcript of today's hearing will be $53.35 for 7-day delivery for approximately 11 pages.  Please make the check payable to me and send to the address below.

Upon receipt, I will begin work on the transcript and email you a pdf as you requested within seven days.

My tax ID number is ^Redacted

Thank you,

**Chantal M. Geneus, RPR, CRR**
*Certified Realtime Reporter*
*Registered Professional Reporter*
*333 Constitution Avenue, NW*
*Room 6714*
*Washington, D.C. 20001*
*(202) 354-3244*


-----"LaBossiere, Lisa K." <llabossiere@mcguirewoods.com> wrote: -----
To: "Chantal_Geneus@DCD.uscourts.gov" <Chantal_Geneus@DCD.uscourts.gov>
From: "LaBossiere, Lisa K." <llabossiere@mcguirewoods.com>
Date: 12/18/2013 05:02PM
Subject: Calobrisi v. Booz Allen Hamilton Inc. - December 18, 2013 Telephonic Hearing Transcript before Judge Wilkins


Dear Chantal,



Thank you for your voicemail message.  My contact information is below.  Please let me know if you have any more problems transmitting the email to me.



Lisa



Lisa K. LaBossiere

Paralegal

McGuireWoods LLP

1

1750 Tysons Boulevard

Suite 1800

Tysons Corner, Virginia  22102

T: 703-712-5412

F: 703-712-5251

E-mail:  llabossiere@mcguirewoods.com

*This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

MCGUIREWOODS LLP                  VENDOR:  US008508          **CHECK NO.:  553229**

| REF. # | INV. # | DATE | INVOICE AMOUNT | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|----------------|---------------------|-------------|
| 2096973 | 14000041 | 08-19-14 | 223.85 | CRINV Send LaBossiere, Lisa. TYSONS | 223.85 |

Total Amount of Check:    223.85

---

THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT ANGLE TO VIEW.

CHECK DATE
08/25/14

Bank of America
Atlanta, GA

**McGUIREWOODS**
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219-4030
www.mcguirewoods.com

CHECK NO.  **553229**

64-1278
611 GA

CHECK AMOUNT

*******223.85

VOID AFTER 180 DAYS

**TWO HUNDRED TWENTY-THREE AND 85/100 Dollars**

PAY
TO THE
ORDER
OF

VICKI EASTVOLD, RMR CRR
Official Court Reporter, US District Court, Room 6722
333 Constitution Avenue NW
Washington, DC 20001

TWO SIGNATURES REQUIRED IF OVER $10,000.00

AUTHORIZED SIGNATURE

⑈553229⑈

Redacted

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INVOICE NO:  14000041

**MAKE CHECKS PAYABLE TO:**

Lisa K. LaBossiere
McGuire Woods, LLP
1750 Tysons Boulevard
Suite 1800
Tysons Corner, VA 22102

Phone:  (703) 712-5412
FAX:    (703) 712-5251

Vicki Eastvold, RMR, CRR
Official Court Reporter
U.S. District Court, Room 6722
333 Constitution Avenue, NW
Washington, DC 20001

Phone:    (202) 354-3242

Tax ID:   Redacted
vickieastvold@yahoo.com

| | CRIMINAL | X CIVIL | DATE ORDERED: 08-19-2014 | DATE DELIVERED: 08-20-2014 |
|---|---|---|---|---|

**Case Style:** CA 13-952, Carla Calobrisi v Booz Allen Hamilton, Inc.

Transcript of Motion Hearing held on July 2, 2014, before the Honorable
Christopher R. Cooper

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 37 | 6.05 | 223.85 | | | | | | | 223.85 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 223.85 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $223.85 |

## ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
   I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

MCGUIREWOODS LLP                           VENDOR:   MONTRE                    CHECK NO.:   558377

| REF. # | INV. # | DATE | INVOICE AMOUNT | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|----------------|---------------------|-------------|
| 2113284 | 20140101 | 10-21-14 | 260.15 | CRINV Send LaBossiere, Lisa. Tysons | 260.15 |

Total Amount of Check:     260.15

CHECK DATE
10/29/14

Bank of America
Atlanta, GA

**McGuireWoods**
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219-4030
www.mcguirewoods.com

CHECK NO.   **558377**

64-1278
611 GA

CHECK AMOUNT

*******260.15

**VOID AFTER 180 DAYS**

**TWO HUNDRED SIXTY AND 15/100 Dollars**

PAY
TO THE
ORDER
OF

MONTGOMERY COURT REPORTING INC
401 Courthouse Square
Alexandria, VA 22314

TWO SIGNATURES REQUIRED IF OVER $10,000.00

AUTHORIZED SIGNATURE

⑈558377⑈          Redacted

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   20140101

### MAKE CHECKS PAYABLE TO:

Stephen W. Robinson
McGuireWoods, LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215

Phone:   (703) 712-5000
FAX:   (703) 712-5050

srobinson@mcguirewoods.com

Montgomery Court Reporting, Inc.

401 Courthouse Square
Alexandria, VA 22314

Phone:   (703) 299-4599

Tax ID:   Redacted
rmontgomery00@comcast.net

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 10-20-2014 | 10-21-2014 |

**Case Style:** 1:14-CV-00996, Carla Calobrisi v Booz Allen Hamilton Inc.
Transcript of motions hearing, heard October 17, 2014, before The
Honorable Thomas Rawles Jones, Jr., Judge

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 43 | 6.05 | 260.15 | | | | | | | 260.15 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 260.15 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $260.15 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | 10-21-2014 |

*(All previous editions of this form are cancelled and should be destroyed)*

MCGUIREWOODS LLP                         VENDOR:   LBNOR                    **CHECK NO.:    558669**

| REF. # | INV. # | DATE | INVOICE AMOUNT | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|----------------|---------------------|-------------|
| 2114196 | 20141012 | 10-30-14 | 449.50 | CRINV Send LaBossiere, Lisa. TYSONS | 449.50 |

Total Amount of Check:        449.50

THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT ANGLE TO VIEW.

| CHECK DATE | | **McGUIREWOODS** | CHECK NO.   **558669** |
| 10/31/14 | | ONE JAMES CENTER | 64-1278 |
| Bank of America | | 901 EAST CARY STREET | 611 GA |
| Atlanta, GA | | RICHMOND, VA 23219-4030 | |
| | | www.mcguirewoods.com | CHECK AMOUNT |

**VOID AFTER 180 DAYS**                                    *******449.50

**FOUR HUNDRED FORTY-NINE AND 50/100 Dollars**

PAY
TO THE          NORMAN B LINNELL, RPR CM FCRR
ORDER           Official Court Reporter, US District Court - ED of VA
OF              401 Courthouse Square, 7th Floor
                Alexandria, VA 22314-5798

TWO SIGNATURES REQUIRED IF OVER $10,000.00

_Thomas E. Cah.....s_
AUTHORIZED SIGNATURE

SIGNATURE HAS A COLORED BACKGROUND - BORDER CONTAINS MICROPRINTING

⑈558669⑈            Redacted

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO: 20141012

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Lisa K. LaBossiere<br>McGuire Woods<br>Suite 1800<br>1750 Tysons Boulevard<br>McLean, VA 22102<br><br>Phone:   (703) 712-5412<br><br>llabossiere@mcguirewoods.com | Norman B. Linnell, RPR CM FCRR<br>Official Court Reporter<br>U.S. District Court - ED of VA<br>401 Courthouse Square - 7th Fl.<br>Alexandria, VA 22314-5798<br><br>Phone:   (703) 549-4626<br><br>Tax ID:   Redacted |

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 10-29-2014 | 10-30-2014 |

**Case Style:** CA 14-CV-996, Carla Calobrisi v Booz Allen

    10/24/2014   Hearing before Mag. Judge T.R. Jones, Jr.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 62 | 7.25 | 449.50 | | | | | | | 449.50 |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 449.50 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| **Date Paid:** | **Amt:** | TOTAL DUE: | $449.50 |

### ADDITIONAL INFORMATION
    Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
    I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | |

*(All previous editions of this form are cancelled and should be destroyed)*

MCGUIREWOODS LLP         VENDOR:    LBNOR        **CHECK NO.:**    **559117**

| REF. # | INV. # | DATE | INVOICE AMOUNT | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|----------------|---------------------|-------------|
| 2115623 | 20141017 | 11-06-14 | 127.05 | CRINV Send LaBossiere, Lisa. Tysons | 127.05 |

Total Amount of Check:     127.05

---

THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

CHECK DATE
11/07/14

Bank of America
Atlanta, GA

VOID AFTER 180 DAYS

**McGuireWoods**
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219-4030
www.mcguirewoods.com

CHECK NO.    **559117**

64-1278
611 GA

CHECK AMOUNT

******127.05

ONE HUNDRED TWENTY-SEVEN AND 05/100 Dollars

**PAY**
TO THE
ORDER
OF

NORMAN B LINNELL, RPR CM FCRR
Official Court Reporter, US District Court - ED of VA
401 Courthouse Square, 7th Floor
Alexandria, VA 22314-5798

TWO SIGNATURES REQUIRED IF OVER $10,000.00

AUTHORIZED SIGNATURE

⑾ 559117⑾    Redacted

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:  20141017

Lisa K. LaBossiere
McGuire Woods
Suite 1800
1750 Tysons Boulevard
McLean, VA 22102

Phone:  (703) 712-5412

llabossiere@mcguirewoods.com

**MAKE CHECKS PAYABLE TO:**

Norman B. Linnell, RPR CM FCRR
Official Court Reporter
U.S. District Court - ED of VA
401 Courthouse Square - 7th Fl.
Alexandria, VA 22314-5798

Phone:  (703) 549-4626

Tax ID:  Redacted

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 11-05-2014 | 11-06-2014 |

**Case Style:** CA 14-CV-996, Carla Calobrisi v Booz Allen

10/31/2014   Hearing before Judge T. Rawles Jones, Jr.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 21 | 6.05 | 127.05 | | | | | | | 127.05 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 127.05 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Date Paid:**          **Amt:** | TOTAL DUE: | $127.05 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | |

*(All previous editions of this form are cancelled and should be destroyed)*

MCGUIREWOODS LLP                          VENDOR:    LBNOR                    CHECK NO.:    559904

| REF. # | INV. # | DATE | INVOICE AMOUNT | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|----------------|---------------------|-------------|
| 2118471 | 20141021 | 11-17-14 | 205.70 | CRINV Send LaBossiere, Lisa. Tysons | 205.70 |

                                                              Total Amount of Check:       205.70

---

THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT ANGLE TO VIEW

CHECK DATE
11/19/14

**McGuireWoods**
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219-4030
www.mcguirewoods.com

Bank of America
Atlanta, GA

CHECK NO.    **559904**

64-1278
611 GA

CHECK AMOUNT

*******205.70

VOID AFTER 180 DAYS

TWO HUNDRED FIVE AND 70/100 Dollars

PAY
TO THE
ORDER
OF

NORMAN B LINNELL, RPR CM FCRR
Official Court Reporter, US District Court - ED of VA
401 Courthouse Square, 7th Floor
Alexandria, VA 22314-5798

TWO SIGNATURES REQUIRED IF OVER $10,000.00

_Thomas E. Colvin_
AUTHORIZED SIGNATURE

⑆559904⑆          Redacted

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   20141021

**MAKE CHECKS PAYABLE TO:**

Lisa K. LaBossiere
McGuire Woods
Suite 1800
1750 Tysons Boulevard
McLean, VA 22102

Phone:   (703) 712-5412

llabossiere@mcguirewoods.com

Norman B. Linnell, RPR CM FCRR
Official Court Reporter
U.S. District Court - ED of VA
401 Courthouse Square - 7th Fl.
Alexandria, VA 22314-5798

Phone:     (703) 549-4626

Tax ID:   Redacted

| | CRIMINAL | X CIVIL | DATE ORDERED: 11-14-2014 | DATE DELIVERED: 11-17-2014 |

**Case Style:** CA 14-CV-996, Carla Calobrisi v Booz Allen

11/14/2014    Hearing before Mag. Judge T.R. Jones, Jr.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 34 | 6.05 | 205.70 | | | | | | | 205.70 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 205.70 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| Date Paid: | Amt: | TOTAL DUE: | $205.70 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an ord
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees  charged  and page  format used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | |

*(All previous editions of this form are
cancelled and should be destroyed)*

MCGUIREWOODS LLP                          VENDOR:   LBNOR                    **CHECK NO.:   560553**

| REF. # | INV. # | DATE | INVOICE AMOUNT | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|----------------|---------------------|-------------|
| 2120630 | 20141105 | 11-24-14 | 290.40 | CRINV Send LaBossiere, Lisa. Tysons | 290.40 |

Total Amount of Check:      290.40

---

THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT ANGLE TO VIEW.

| CHECK DATE | | CHECK NO. | 560553 |

**CHECK DATE**
11/26/14

**McGuireWoods**
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219-4030
www.mcguirewoods.com

Bank of America
Atlanta, GA

**CHECK NO.   560553**

64-1278
611 GA

**CHECK AMOUNT**

*******290.40

**VOID AFTER 180 DAYS**

**TWO HUNDRED NINETY AND 40/100 Dollars**

**PAY**
TO THE
ORDER
OF

NORMAN B LINNELL, RPR CM FCRR
Official Court Reporter, US District Court - ED of VA
401 Courthouse Square, 7th Floor
Alexandria, VA 22314-5798

TWO SIGNATURES REQUIRED IF OVER $10,000.00

*Thomas E. Colvin*
AUTHORIZED SIGNATURE

SIGNATURES ABOVE COLORED BACKGROUND - BORDER CONTAINS MICROPRINTING

⑈560553⑈          Redacted

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO: 20141105

**MAKE CHECKS PAYABLE TO:**

Lisa K. LaBossiere
McGuire Woods
Suite 1800
1750 Tysons Boulevard
McLean, VA 22102

Phone: (703) 712-5412

llabossiere@mcguirewoods.com

Norman B. Linnell, RPR CM FCRR
Official Court Reporter
U.S. District Court - ED of VA
401 Courthouse Square - 7th Fl.
Alexandria, VA 22314-5798

Phone: (703) 549-4626

Tax ID: Redacted

| | CRIMINAL | X | CIVIL | DATE ORDERED: 11-20-2014 | DATE DELIVERED: |

**Case Style:** CA 14-CV-996, Carla Calobrisi v Booz Allen

11/21/2014   Motions hearing before Mag. Judge T.Rawles Jones, Jr.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 48 | 6.05 | 290.40 | | | | | | | 290.40 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | | | MISC. CHARGES: | |
|---|---|---|---|---|---|
| | | | | TOTAL: | 290.40 |
| | | | | LESS DISCOUNT FOR LATE DELIVERY | |
| | | | | TAX (If Applicable): | |
| | | | | LESS AMOUNT OF DEPOSIT: | |
| | | | | TOTAL REFUND: | |
| Date Paid: | | Amt: | | TOTAL DUE: | $290.40 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | | DATE |
|---|---|---|
| | | |

(All previous editions of this form are
cancelled and should be destroyed)

MCGUIREWOODS LLP                         VENDOR:   LBNOR                    **CHECK NO.:**   **561500**

| REF. # | INV. # | DATE | INVOICE AMOUNT | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|----------------|---------------------|-------------|
| 2123371 | 20141201 | 12-05-14 | 121.00 | CRINV Send LaBossiere, Lisa. Tysons | 121.00 |

Total Amount of Check:        121.00

THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**CHECK DATE**
12/08/14

Bank of America
Atlanta, GA

**VOID AFTER 180 DAYS**

**McGUIREWOODS**
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219-4030
www.mcguirewoods.com

**CHECK NO.**   **561500**

64-1278
611 GA

**CHECK AMOUNT**

*******121.00

ONE HUNDRED TWENTY-ONE AND 00/100 Dollars

**PAY**
TO THE
ORDER
OF

NORMAN B LINNELL, RPR CM FCRR
Official Court Reporter, US District Court - ED of VA
401 Courthouse Square, 7th Floor
Alexandria, VA 22314-5798

TWO SIGNATURES REQUIRED IF OVER $10,000.00

*Thomas E. Calvin*
AUTHORIZED SIGNATURE

⑈56⑈500⑈          Redacted

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:  20141201

**MAKE CHECKS PAYABLE TO:**

Lisa K. LaBossiere
McGuire Woods
Suite 1800
1750 Tysons Boulevard
McLean, VA 22102

Phone:   (703) 712-5412

llabossiere@mcguirewoods.com

Norman B. Linnell, RPR CM FCRR
Official Court Reporter
U.S. District Court - ED of VA
401 Courthouse Square - 7th Fl.
Alexandria, VA 22314-5798
Phone:      (703) 549-4626
Tax ID:   Redacted

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL    ☒ CIVIL | 12-04-2014 | 12-05-2014 |

**Case Style:** CA 14-CV-996, Carla Calobrisi v Booz Allen

    12/4/2014              Hearing before Mag. Judge Jones

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 20 | 6.05 | 121.00 | | | | | | | 121.00 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 121.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:          Amt: | TOTAL DUE: | $121.00 |

### ADDITIONAL INFORMATION
    Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
    I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | |

*(All previous editions of this form are
cancelled and should be destroyed)*

MCGUIREWOODS LLP                          VENDOR:   LBNOR                          CHECK NO.:   562476

| REF. # | INV. # | DATE | INVOICE AMOUNT | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|----------------|---------------------|-------------|
| 2125793 | 201420 | 12-12-14 | 58.00 | CRINV Send LaBossiere, Lisa. Tysons | 58.00 |

Total Amount of Check:        58.00

---

THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK · HOLD AT ANGLE TO VIEW

CHECK DATE
12/17/14

**McGUIREWOODS**
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219-4030
www.mcguirewoods.com

CHECK NO.   562476

64-1278
611 GA

Bank of America
Atlanta, GA

CHECK AMOUNT

VOID AFTER 180 DAYS        ********58.00

**FIFTY-EIGHT AND 00/100 Dollars**

PAY      NORMAN B LINNELL, RPR CM FCRR
TO THE    Official Court Reporter, US District Court - ED of VA
ORDER     401 Courthouse Square, 7th Floor
OF        Alexandria, VA 22314-5798

TWO SIGNATURES REQUIRED IF OVER $10,000.00

AUTHORIZED SIGNATURE

SIGNATURE HAS A COLORED BACKGROUND · BORDER CONTAINS MICROPRINTING

⑈562476⑈          Redacted

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:  02014120

**MAKE CHECKS PAYABLE TO:**

Lisa K. LaBossiere
McGuire Woods
Suite 1800
1750 Tysons Boulevard
McLean, VA 22102

Phone:   (703) 712-5412

llabossiere@mcguirewoods.com

Norman B. Linnell, RPR CM FCRR
Official Court Reporter
U.S. District Court - ED of VA
401 Courthouse Square - 7th Fl.
Alexandria, VA 22314-5798

Phone:     (703) 549-4626

Tax ID:     Redacted

| [x] CRIMINAL  [ ] CIVIL | DATE ORDERED: 12-12-2014 | DATE DELIVERED: 12-12-2014 |
|---|---|---|

**Case Style:** CA 14-CV-996, Calobrisi v Booz Allen

    12/12/2014   Hearing before Mag. Judge Jones

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 8 | 7.25 | 58.00 | | | | | | | 58.00 |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 58.00 |
| | | LESS DISCOUNT FOR LATE DELIVERY | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| Date Paid: | Amt: | TOTAL DUE: | $58.00 |

### ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an ord
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
   I certify that the transcript fees charged  and page format used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|

*(All previous editions of this form are*
*cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

MCGUIREWOODS LLP                    VENDOR:    LBNOR                    **CHECK NO.:**    **563165**

| REF. # | INV. # | DATE | INVOICE AMOUNT | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|----------------|---------------------|-------------|
| 2128592 | 20141216 | 12-22-14 | 145.20 | CRINV Send LaBossiere, Lisa. TYSONS | 145.20 |

Total Amount of Check:    145.20

THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

| CHECK DATE |
|------------|
| 12/24/14 |

Bank of America
Atlanta, GA

**VOID AFTER 180 DAYS**

**McGuireWoods**
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219-4030
www.mcguirewoods.com

CHECK NO.    **563165**

64-1278
611 GA

CHECK AMOUNT

*******145.20

**ONE HUNDRED FORTY-FIVE AND 20/100 Dollars**

PAY
TO THE
ORDER
OF

NORMAN B LINNELL, RPR CM FCRR
Official Court Reporter, US District Court - ED of VA
401 Courthouse Square, 7th Floor
Alexandria, VA 22314-5798

TWO SIGNATURES REQUIRED IF OVER $10,000.00

AUTHORIZED SIGNATURE

SIGNATURE HAS A COLORED BACKGROUND - BORDER CONTAINS MICROPRINTING

⑈563165⑈          Redacted

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO: 20141216

**MAKE CHECKS PAYABLE TO:**

Lisa K. LaBossiere
McGuire Woods
Suite 1800
1750 Tysons Boulevard
McLean, VA 22102

Phone:   (703) 712-5412

llabossiere@mcguirewoods.com

Norman B. Linnell, RPR CM FCRR
Official Court Reporter
U.S. District Court - ED of VA
401 Courthouse Square - 7th Fl.
Alexandria, VA 22314-5798

Phone:     (703) 549-4626

Tax ID:   Redacted

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | | 12-12-2014 | |

**Case Style:** CA 14-CV-996, Carla Calobrisi v Booz Allen

12/19/2014     Motions hearing before Mag. Judge T.R. Jones, Jr.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 24 | 6.05 | 145.20 | | | | | | | 145.20 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 145.20 |
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:            Amt: | TOTAL DUE: | $145.20 |

## ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame. For example, if an ord
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
   I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | |

*(All previous editions of this form are
cancelled and should be destroyed)*

MCGUIREWOODS LLP                    VENDOR:   LBNOR              **CHECK NO.:   563976**

| REF. # | INV. # | DATE | INVOICE AMOUNT | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|----------------|---------------------|-------------|
| 2131349 | 20150103 | 01-02-15 | 152.25 | CRINV Send LaBossiere, Lisa. Tysons | 152.25 |

Total Amount of Check:        152.25

THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT ANGLE TO VIEW

CHECK DATE
01/07/15

Bank of America
Atlanta, GA

**McGuireWoods**
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219-4030
www.mcguirewoods.com

CHECK NO.    **563976**

64-1278
611 GA

VOID AFTER 180 DAYS

CHECK AMOUNT

******152.25

ONE HUNDRED FIFTY-TWO AND 25/100 Dollars

PAY
TO THE
ORDER
OF

NORMAN B LINNELL, RPR CM FCRR
Official Court Reporter, US District Court - ED of VA
401 Courthouse Square, 7th Floor
Alexandria, VA 22314-5798

TWO SIGNATURES REQUIRED IF OVER $10,000.00

AUTHORIZED SIGNATURE

⑈563976⑈        Redacted

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:  20150103

**MAKE CHECKS PAYABLE TO:**

Lisa K. LaBossiere
McGuire Woods
Suite 1800
1750 Tysons Boulevard
McLean, VA 22102

Phone:   (703) 712-5412

llabossiere@mcguirewoods.com

Norman B. Linnell, RPR CM FCRR
Official Court Reporter
U.S. District Court - ED of VA
401 Courthouse Square - 7th Fl.
Alexandria, VA 22314-5798

Phone:   (703) 549-4626

Tax ID:   Redacted

| | CRIMINAL | X CIVIL | DATE ORDERED: 12-31-2014 | DATE DELIVERED: 01-02-2015 |

**Case Style:** CA 14-CV-996, Carla Calobrisi v Booz Allen

   12/30/2014    Motions hearing before Mag. Judge Jones

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 21 | 7.25 | 152.25 | | | | | | | 152.25 |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 152.25 |
| | | LESS DISCOUNT FOR LATE DELIVERY | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| Date Paid: | Amt: | TOTAL DUE: | $152.25 |

## ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame. For example, if an ord
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
   I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | | DATE |
|---|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

MCGUIREWOODS LLP                    VENDOR:    MONTRE              **CHECK NO.:**   **565911**

| REF. # | INV. # | DATE | INVOICE AMOUNT | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|----------------|---------------------|-------------|
| 2136610 | 20150003 | 01-22-15 | 21.75 | CRINV Send LaBossiere, Lisa. Tysons | 21.75 |

Total Amount of Check:    21.75

THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW.

CHECK DATE
01/28/15

**McGuireWoods**
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219-4030
www.mcguirewoods.com

CHECK NO.    **565911**

64-1278
611 GA

Bank of America
Atlanta, GA

CHECK AMOUNT

VOID AFTER 180 DAYS

********21.75

**TWENTY-ONE AND 75/100 Dollars**

**PAY**
TO THE
ORDER
OF

MONTGOMERY COURT REPORTING INC
401 Courthouse Square
Alexandria, VA 22314

TWO SIGNATURES REQUIRED IF OVER $10,000.00

AUTHORIZED SIGNATURE

⑆565911⑈    Redacted

AO44
(Rev. 11/07)

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:  20150003

Stephen W. Robinson
McGuireWoods, LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, VA 22102-4215

Phone:   (703) 712-5000
FAX:     (703) 712-5050

srobinson@mcguirewoods.com

**MAKE CHECKS PAYABLE TO:**

Montgomery Court Reporting, Inc.

401 Courthouse Square
Alexandria, VA 22314

Phone:      (703) 299-4599

Tax ID:   Redacted
rmontgomery00@comcast.net

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | 01-22-2015 | 01-22-2015 |

**Case Style:** 1:14-CV-00996, Carla Calobrisi v Booz Allen Hamilton, Inc.

Transcript of motions hearing, heard January 16, 2015, before The
Honorable Anthony J. Trenga, Judge

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 3 | 7.25 | 21.75 | | | | | | | 21.75 |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | MISC. CHARGES: | | | | | |
| | | | | | TOTAL: | | | | | 21.75 |
| | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | | |
| | | | | TAX (If Applicable): | | | | | | |
| | | | | LESS AMOUNT OF DEPOSIT: | | | | | | |
| | | | | TOTAL REFUND: | | | | | | |
| | | | | TOTAL DUE: | | | | | | $21.75 |

### ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
   I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | 01-22-2015 |

*(All previous editions of this form are
cancelled and should be destroyed)*

MCGUIREWOODS LLP                    VENDOR:    MONTRE              CHECK NO.:    569534

| REF. # | INV. # | DATE | INVOICE AMOUNT | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|----------------|---------------------|-------------|
| 2148705 | 20150019 | 03-13-15 | 294.10 | CRINV Send LaBossiere, Lisa. Tysons | 294.10 |

Total Amount of Check:     294.10

THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT ANGLE TO VIEW

CHECK DATE
03/18/15

Bank of America
Atlanta, GA

**McGuireWoods**
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219-4030
www.mcguirewoods.com

CHECK NO.    **569534**

64-1278
611 GA

VOID AFTER 180 DAYS

CHECK AMOUNT

******294.10

**TWO HUNDRED NINETY-FOUR AND 10/100 Dollars**

PAY
TO THE
ORDER
OF

MONTGOMERY COURT REPORTING INC
401 Courthouse Square
Alexandria, VA 22314

TWO SIGNATURES REQUIRED IF OVER $10,000.00

AUTHORIZED SIGNATURE

⑈569534⑈          Redacted

AO44
(Rev. 11/07)

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   20150019

**MAKE CHECKS PAYABLE TO:**

Stephen W. Robinson
McGuireWoods, LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, VA 22102-4215

Phone:   (703) 712-5000
FAX:     (703) 712-5050

srobinson@mcguirewoods.com

Montgomery Court Reporting, Inc.

401 Courthouse Square
Alexandria, VA 22314

Phone:     (703) 299-4599

Tax ID:   Redacted
rmontgomeryuu@comcast.net

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | 02-13-2015 | 03-13-2015 |

**Case Style:** 1:14-CV-00996, Carla Calobrisi v Booz Allen Hamilton, Inc.

Transcripts of the January 23, 2015, hearing and the March 6, 2015, hearing, heard before The Honorable Anthony J. Trenga, Judge

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 25 | 0.90 | 22.50 | | | | 22.50 |
| 14-Day | | | | | | | | | | |
| Expedited | 56 | 4.85 | 271.60 | | | | | | | 271.60 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 294.10 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | | | | | TOTAL DUE: | | | | $294.10 |

### ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
   I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | 03-13-2015 |

(All previous editions of this form are
cancelled and should be destroyed)

MCGUIREWOODS LLP                    VENDOR:    LBNOR                **CHECK NO.:**    **568059**

| REF. # | INV. # | DATE | INVOICE AMOUNT | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|----------------|---------------------|-------------|
| 2143904 | 20150206 | 02-23-15 | 145.00 | CRINV Send LaBossiere, Lisa. Tysons | 145.00 |

Total Amount of Check:        145.00

---

THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT ANGLE TO VIEW.

| CHECK DATE | | CHECK NO. | 568059 |
| 02/25/15 | **McGuireWoods** | | |

Bank of America
Atlanta, GA

ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219-4030
www.mcguirewoods.com

64-1278
611 GA

CHECK AMOUNT

VOID AFTER 180 DAYS                                        *******145.00

**ONE HUNDRED FORTY-FIVE AND 00/100 Dollars**

**PAY**
TO THE
ORDER
OF

NORMAN B LINNELL, RPR CM FCRR
Official Court Reporter, US District Court - ED of VA
401 Courthouse Square, 7th Floor
Alexandria, VA 22314-5798

TWO SIGNATURES REQUIRED IF OVER $10,000.00

AUTHORIZED SIGNATURE

⑈568059⑈        Redacted

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO: 20150206

**MAKE CHECKS PAYABLE TO:**

Lisa K. LaBossiere
McGuire Woods
Suite 1800
1750 Tysons Boulevard
McLean, VA 22102

Phone:  (703) 712-5412

llabossiere@mcguirewoods.com

Norman B. Linnell, RPR CM FCRR
Official Court Reporter
U.S. District Court - ED of VA
401 Courthouse Square - 7th Fl.
Alexandria, VA 22314-5798

Phone:   (703) 549-4626

Tax ID:   Redacted

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 02-23-2015 | 02-23-2015 |

**Case Style:** CA 14-CV-996, Carla Calobrisi v Booz Allen Hamilton

1/23/2015     Motions hearing before Mag. Judge T.R. Jones, Jr.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 20 | 7.25 | 145.00 | | | | | | | 145.00 |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 145.00 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| Date Paid: | | Amt: | | | | TOTAL DUE: | | | | $145.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an ord
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | |

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

Amount:      $2,106.85             Sequence Number:  Redacted

Account:     Redacted              Capture Date:     02/21/2014

Bank Number: 61000052              Check Number:     536726



PLANET DEPOS
405 E Gude Drive, Suite 209
Rockville, MD 20850



Seq: 21
Dep: Redacted
Date: 02/21/14



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 02/21/2014 | Redacted | | Rtn Loc/BOFD | Y | | BANK OF AMERICA, NA |

# I N V O I C E

PLANET DEPOS
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 66260 | 2/17/2014 | 51996 |

| Job Date | Case No. |
|---|---|
| 1/31/2014 | 1:13-CV-00952-ABJ |

| Case Name |
|---|
| Calobrisi -v- Booz Allen Hamilton Inc. (1:13-CV-00952-ABJ) |

| Payment Terms |
|---|
| Due upon receipt |

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | | |
|---|---|---|---|
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
| William S. Meyers, Esq.- LEF | 138.00 | Pages | 614.10 |
| Rough ASCII | 112.00 | Pages | 151.20 |
| LEF/SBF/XMEF/PTZ | | | 95.00 |
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
| Robert Stephen Osborne, Esq. - LEF | 101.00 | Pages | 449.45 |
| Rough ASCII | 81.00 | Pages | 109.35 |
| LEF/SBF/XMEF/PTZ | | | 95.00 |
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
| CG Appleby, Esq. - LEF | 83.00 | Pages | 369.35 |
| Rough ASCII | 64.00 | Pages | 86.40 |
| LEF/SBF/XMEF/PTZ | | | 95.00 |
| Exhibits | 68.00 | Pages | 17.00 |
| Shipping & Handling | | | 25.00 |
| **TOTAL DUE  >>>** | | | **$2,106.85** |

Client Matter No.:  2011440-0036

5 day expedite

Due upon receipt and is not contingent on client payment.

**Tax ID:** Redacted

*Please detach bottom portion and return with payment.*

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 66260 |
| Invoice Date | : | 2/17/2014 |
| **Total Due** | : | **$ 0.00** |

Remit To:  **Planet Depos, LLC**
   **405 East Gude Drive**
   **Suite 209**
   **Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 51996 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:13-CV-00952-ABJ |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:13-CV-00952-ABJ) |

# INVOICE



PLANET DEPOS
We make it happen.
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 66260 | 2/17/2014 | 51996 |

| Job Date | Case No. | |
|---|---|---|
| 1/31/2014 | 1:13-CV-00952-ABJ | |

| Case Name | | |
|---|---|---|
| Calobrisi -v- Booz Allen Hamilton Inc. (1:13-CV-00952-ABJ) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

| | |
|---|---|
| (-) Payments/Credits: | 2,106.85 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$0.00** |

**Tax ID:** Redacted

*Please detach bottom portion and return with payment.*

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 66260 |
| Invoice Date | : | 2/17/2014 |
| **Total Due** | : | **$ 0.00** |

Remit To: **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 51996 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:13-CV-00952-ABJ |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:13-CV-00952-ABJ) |

Amount:        $891.30                    Sequence Number:    Redacted

Account:       Redacted                   Capture Date:       03/05/2014

Bank Number:   61000052                   Check Number:       537077



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 03/05/2014 | Redacted | | Rtn Loc/BOFD | Y | | BANK OF AMERICA, NA |

# INVOICE

PLANET DEPOS
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 66931 | 2/21/2014 | 52452 |
| **Job Date** | **Case No.** | |
| 2/6/2014 | 1:13-CV-00952-ABJ | |
| **Case Name** | | |
| Calobrisi -v- Booz Allen Hamilton Inc. (1:13-CV-00952-ABJ) | | |
| | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Carla Calobrisi - LEF | 87.00 | Pages | 304.50 |
| Rough ASCII | 68.00 | Pages | 91.80 |
| LEF/SBF/XMEF/PTZ | | | 95.00 |
| Shipping & Handling | | | 25.00 |
| | | **TOTAL DUE  >>>** | **$516.30** |

Client Matter No.:  2011440-0036

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

| | |
|---|---|
| **(-) Payments/Credits:** | 516.30 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** Redacted

*Please detach bottom portion and return with payment.*

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 66931 |
| Invoice Date | : | 2/21/2014 |
| **Total Due** | : | **$ 0.00** |

Remit To:  **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 52452 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:13-CV-00952-ABJ |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:13-CV-00952-ABJ) |

# Check Inquiry Summary



Account Number: <span style="color:red">Redacted</span>

Account Name:  Mcguire Woods

Bank ID:  061000052





## Check Details

**Check Number:** 563874

**Account Number:** <span style="color:red">Redacted</span>

**Account Name:** Mcguire Woods

**Bank ID:** 061000052

**Amount:** 6,648.45

**Posted Date:** 01/13/2015

**Paid Date:** 01/13/2015

## Electronic Endorsement Information

### BOFD - Bank Of First Deposit

**Bank Name:** BANK OF AMERICA, NA (BOFD)

**Date:** 01/12/2015

**R/T:** <span style="color:red">Redacted</span>

**Sequence Number:** <span style="color:red">Redacted</span>

1

# INVOICE



PLANET DEPOS
We make it happen.
888 433 3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 89600 | 12/19/2014 | 71223 |

| Job Date | Case No. |
|---|---|
| 12/8/2014 | 1:14-CV-00996 (AJT/TRJ) |

| Case Name |
|---|
| Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

| Payment Terms |
|---|
| Due upon receipt |

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

EXPEDITED TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Betty Thompson - LEF | | 810.00 |
| Rough ASCII | 122.00  Pages | 164.70 |
| LEF/SBF/XMEF/PTZ | | 95.00 |
| Shipping & Handling | | 25.00 |
| **TOTAL DUE  >>>** | | **$1,094.70** |

150 pages - 3 day expedite

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: Redacted
Wire Routing Number: Redacted
ACH/EFT Routing Number: Redacted
SWIFT Code: Redacted

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

| | |
|---|---|
| (-) Payments/Credits: | 1,094.70 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$0.00** |

**Tax ID:** Redacted

*Please detach bottom portion and return with payment.*

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 89600 |
| Invoice Date | : | 12/19/2014 |
| **Total Due** | : | **$ 0.00** |

Remit To:  **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 71223 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-00996 (AJT/TRJ) |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

# I N V O I C E



PLANET DEPOS
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 89682 | 12/19/2014 | 71226 |
| **Job Date** | **Case No.** | |
| 12/9/2014 | 1:14-CV-00996 (AJT/TRJ) | |
| **Case Name** | | |
| Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
|---|---|---|---|
| C.G. Appleby - LEF | | | 831.60 |
| Rough ASCII | 125.00 | Pages | 168.75 |
| Exhibits | 43.00 | Pages | 10.75 |
| LEF/SBF/XMEF/PTZ | | | 95.00 |
| Shipping & Handling | | | 25.00 |
| | | **TOTAL DUE  >>>** | **$1,131.10** |

154 pages - 3 day expedite

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: Redacted
Wire Routing Number: Redacted
ACH/EFT Routing Number: Redacted
SWIFT Code: Redacted

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

| | |
|---|---|
| (-) Payments/Credits: | 1,131.10 |
| (+) Finance Charges/Debits: | 0.00 |

**Tax ID:** Redacted

*Please detach bottom portion and return with payment.*

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 89682 |
| Invoice Date | : | 12/19/2014 |
| **Total Due** | : | **$ 0.00** |

Remit To:  **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 71226 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-00996 (AJT/TRJ) |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

# INVOICE

PLANET DEPOS
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 89682 | 12/19/2014 | 71226 |
| **Job Date** | **Case No.** | |
| 12/9/2014 | 1:14-CV-00996 (AJT/TRJ) | |
| **Case Name** | | |
| Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | |
|---|---|
| (=) New Balance: | $0.00 |

**Tax ID:** Redacted

*Please detach bottom portion and return with payment.*

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 89682 |
| Invoice Date | : | 12/19/2014 |
| **Total Due** | : | **$ 0.00** |

Remit To: **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 71226 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-00996 (AJT/TRJ) |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

# INVOICE



PLANET DEPOS
We make it happen
888.433.3767 · WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 89684 | 12/19/2014 | 70391 |
| **Job Date** | **Case No.** | |
| 12/9/2014 | 1:14-CV-00996 (AJT/TRJ) | |
| **Case Name** | | |
| Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---:|
| Nesly Yvonne Hneich, M.D. - LEF | | 678.30 |
| Rough ASCII | 84.00  Pages | 113.40 |
| Exhibits | 23.00  Pages | 5.75 |
| LEF/SBF/XMEF/PTZ | | 95.00 |
| **TOTAL DUE >>>** | | **$892.45** |

114 pages - 3 day expedite

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: Redacted
Wire Routing Number: Redacted
ACH/EFT Routing Number: Redacted
SWIFT Code: Redacted

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

| | |
|---|---:|
| (-) Payments/Credits: | 892.45 |
| (+) Finance Charges/Debits: | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** Redacted

*Please detach bottom portion and return with payment.*

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 89684 |
| Invoice Date | : | 12/19/2014 |
| **Total Due** | : | **$ 0.00** |

| | | |
|---|---|---|
| Job No. | : | 70391 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-00996 (AJT/TRJ) |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

Remit To:  **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

# Check Inquiry Summary

Account Number:   Redacted

Account Name:   Mcguire Woods

Bank ID:   061000052





## Check Details

**Check Number:** 563875

**Account Number:** Redacted

**Account Name:** Mcguire Woods

**Bank ID:** 061000052

**Amount:** 1,886.95

**Posted Date:** 01/13/2015

**Paid Date:** 01/13/2015

## Electronic Endorsement Information

**BOFD - Bank Of First Deposit**

**Bank Name:** BANK OF AMERICA, NA (BOFD)

**Date:** 01/12/2015

**R/T:** Redacted

**Sequence Number:** Redacted

1

# I N V O I C E



**PLANET DEPOS**
When it ∞ happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 89750 | 12/19/2014 | 70909 |

| Job Date | Case No. |
|---|---|
| 12/10/2014 | 1:14-CV-00996 (AJT/TRJ) |

| Case Name |
|---|
| Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

| Payment Terms |
|---|
| Due upon receipt |

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| ORIGINAL TRANSCRIPT WITH INDEX OF: | | | |
|---|---|---|---|
| Joan J. Hyde - LEF | 115.00 | Pages | 684.25 |
| Rough ASCII | 92.00 | Pages | 124.20 |
| ORIGINAL TRANSCRIPT WITH INDEX OF: | | | |
| Elizabeth Ewart - LEF | 117.00 | Pages | 696.15 |
| Rough ASCII | 96.00 | Pages | 129.60 |
| Exhibits | 91.00 | Pages | 22.75 |
| LEF/SBF/XMEF/PTZ | 2.00 | | 190.00 |
| Rush Shipping & Handling | | | 40.00 |

**TOTAL DUE  >>>**            **$1,886.95**

3 day expedite

Due upon receipt and is not contingent on client payment.
For your convenience we now accept payments via wire transfer.
Account Number: Redacted
Wire Routing Number: Redacted
ACH/EFT Routing Number: Redacted
SWIFT Code: Redacted
For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Thank you for your business.

**(-) Payments/Credits:**            1,886.95

**Tax ID:** Redacted

*Please detach bottom portion and return with payment.*

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 89750 |
| Invoice Date | : | 12/19/2014 |
| **Total Due** | : | **$ 0.00** |

Remit To:  **Planet Depos, LLC**
           **405 East Gude Drive**
           **Suite 209**
           **Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 70909 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-00996 (AJT/TRJ) |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

# I N V O I C E



PLANET DEPOS
We make it happen.
888-433-3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 89750 | 12/19/2014 | 70909 |
| **Job Date** | **Case No.** | |
| 12/10/2014 | 1:14-CV-00996 (AJT/TRJ) | |
| **Case Name** | | |
| Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

|  |  |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$0.00** |

**Tax ID:** Redacted

*Please detach bottom portion and return with payment.*

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 89750 |
| Invoice Date | : | 12/19/2014 |
| **Total Due** | : | **$ 0.00** |

Remit To: **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 70909 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-00996 (AJT/TRJ) |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

# Check Inquiry Summary

Account Number:   Redacted

Account Name:   Mcguire Woods

Bank ID:   061000052


**Bank of America**
**Merrill Lynch**



## Check Details

| | | |
|---|---|---|
| **Check Number:** 563809 | **Amount:** 1,825.05 | |
| **Account Number:** Redacted | **Posted Date:** 01/13/2015 | |
| **Account Name:** Mcguire Woods | **Paid Date:** 01/13/2015 | |
| **Bank ID:** 061000052 | | |

## Electronic Endorsement Information

**BOFD - Bank Of First Deposit**

**Bank Name:** BANK OF AMERICA, NA (BOFD)

**Date:** 01/12/2015

**R/T:** Redacted

**Sequence Number:** Redacted

1

# INVOICE



PLANET DEPOS
We make it happen.
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 89873 | 12/19/2014 | 71229 |

| Job Date | Case No. | |
|---|---|---|
| 12/11/2014 | 1:14-CV-00996 (AJT/TRJ) | |

| Case Name | | |
|---|---|---|
| Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

EXPEDITED TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| William S. Meyers - LEF | | 1,414.80 |
| Rough ASCII | 215.00  Pages | 290.25 |
| LEF/SBF/XMEF/PTZ | | 95.00 |
| Shipping & Handling | | 25.00 |
| | **TOTAL DUE  >>>** | **$1,825.05** |

262 pages - 3 day expedite

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: Redacted
Wire Routing Number: Redacted
ACH/EFT Routing Number: Redacted
SWIFT Code: Redacted

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

| | |
|---|---|
| (-) Payments/Credits: | 1,825.05 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$0.00** |

**Tax ID:** Redacted

*Please detach bottom portion and return with payment.*

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 89873 |
| Invoice Date | : | 12/19/2014 |
| **Total Due** | : | **$ 0.00** |

Remit To:  **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 71229 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-00996 (AJT/TRJ) |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

# Check Inquiry Summary



Account Number: Redacted

Account Name:  Mcguire Woods

Bank ID:  061000052





## Check Details

| | |
|---|---|
| **Check Number:** 563810 | **Amount:** 937.25 |
| **Account Number:** Redacted | **Posted Date:** 01/13/2015 |
| **Account Name:** Mcguire Woods | **Paid Date:** 01/13/2015 |
| **Bank ID:** 061000052 | |

## Electronic Endorsement Information

**BOFD - Bank Of First Deposit**

Bank Name: BANK OF AMERICA, NA (BOFD)

Date: 01/12/2015

R/T: Redacted

Sequence Number: Redacted

1

# I N V O I C E



## PLANET DEPOS
Where it happens.
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 89930 | 12/19/2014 | 71232 |
| **Job Date** | **Case No.** | |
| 12/12/2014 | 1:14-CV-00996 (AJT/TRJ) | |
| **Case Name** | | |
| Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) | | |
| | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | | |
|---|---|---|---|
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
| Jennifer Gleich - LEF | | | 696.60 |
| Rough ASCII | 104.00 | Pages | 140.40 |
| Exhibits | 21.00 | Pages | 5.25 |
| LEF/SBF/XMEF/PTZ | | | 95.00 |
| | | **TOTAL DUE  >>>** | **$937.25** |

129 pages - 3 day expedite

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: Redacted
Wire Routing Number: Redacted
ACH/EFT Routing Number: Redacted
SWIFT Code: Redacted

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

| | |
|---|---|
| (-) Payments/Credits: | 937.25 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$0.00** |

**Tax ID:** Redacted

*Please detach bottom portion and return with payment.*

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 89930 |
| Invoice Date | : | 12/19/2014 |
| **Total Due** | : | **$ 0.00** |

| | | |
|---|---|---|
| Remit To: | **Planet Depos, LLC** | |
| | **405 East Gude Drive** | |
| | **Suite 209** | |
| | **Rockville, MD  20850** | |

| | | |
|---|---|---|
| Job No. | : | 71232 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-00996 (AJT/TRJ) |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

# Check Inquiry Summary



Account Number:   Redacted

Account Name:   Mcguire Woods

Bank ID:   061000052





## Check Details

| | |
|---|---|
| **Check Number:** 563808 | **Amount:** 1,560.05 |
| **Account Number:** Redacted | **Posted Date:** 01/13/2015 |
| **Account Name:** Mcguire Woods | **Paid Date:** 01/13/2015 |
| **Bank ID:** 061000052 | |

## Electronic Endorsement Information

**BOFD - Bank Of First Deposit**

**Bank Name:** BANK OF AMERICA, NA (BOFD)

**Date:** 01/12/2015

**R/T:** Redacted

**Sequence Number:** Redacted

1

# INVOICE



PLANET DEPOS
A World of Difference
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 89872 | 12/19/2014 | 71234 |

| Job Date | Case No. |
|---|---|
| 12/15/2014 | 1:14-CV-00996 (AJT/TRJ) |

| Case Name |
|---|
| Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

| Payment Terms |
|---|
| Due upon receipt |

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | |
| William S. Meyers, 30(b)(6) - LEF | | 1,244.85 |
| Rough ASCII | 157.00  Pages | 211.95 |
| Exhibits | 33.00  Pages | 8.25 |
| LEF/SBF/XMEF/PTZ | | 95.00 |
| | **TOTAL DUE  >>>** | **$1,560.05** |

193 pages - Daily expedite

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: Redacted
Wire Routing Number: Redacted
ACH/EFT Routing Number: Redacted
SWIFT Code: Redacted

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

| | |
|---|---|
| (-) Payments/Credits: | 1,560.05 |
| (+) Finance Charges/Debits: | 0.00 |
| **(=) New Balance:** | **$0.00** |

Tax ID: Redacted

*Please detach bottom portion and return with payment.*

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 89872 |
| Invoice Date | : | 12/19/2014 |
| **Total Due** | : | **$ 0.00** |

Remit To:  **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 71234 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-00996 (AJT/TRJ) |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

# Check Inquiry Summary

Account Number:  Redacted

Account Name:  Mcguire Woods

Bank ID:  061000052







## Check Details

**Check Number:** 564001

**Account Number:** Redacted

**Account Name:** Mcguire Woods

**Bank ID:** 061000052

**Amount:** 3,000.60

**Posted Date:** 01/13/2015

**Paid Date:** 01/13/2015

## Electronic Endorsement Information

**BOFD - Bank Of First Deposit**

**Bank Name:** BANK OF AMERICA, NA (BOFD)

**Date:** 01/12/2015

**R/T:** Redacted

**Sequence Number:** Redacted

# INVOICE



## PLANET DEPOS
We make it happen.
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 89964 | 12/19/2014 | 70500 |

| Job Date | Case No. | |
|---|---|---|
| 12/16/2014 | 1:14-CV-00996 (AJT/TRJ) | |

| Case Name | | |
|---|---|---|
| Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | | |
|---|---|---|---|
| EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF: | | | |
| Marek Kaszubski (FULL) - LEF | 141.00 | Pages | 1,057.50 |
| Rough ASCII | 117.00 | Pages | 157.95 |
| EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF: | | | |
| Joel Niles Morse, Ph.D. - LEF | 74.00 | Pages | 555.00 |
| Rough ASCII | 54.00 | Pages | 72.90 |
| EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF: | | | |
| Judith Montville-White - LEF | 85.00 | Pages | 637.50 |
| Evening Attendance | | | 175.00 |
| Exhibits | 79.00 | Pages | 19.75 |
| LEF/SBF/XMEF/PTZ | 3.00 | | 285.00 |
| Rush Shipping & Handling | | | 40.00 |
| | | **TOTAL DUE  >>>** | **$3,000.60** |

Daily expedite

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: Redacted
Wire Routing Number: Redacted

**Tax ID:** Redacted

*Please detach bottom portion and return with payment.*

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

Invoice No.    :   89964
Invoice Date   :   12/19/2014
**Total Due**     :   **$ 0.00**

Remit To:  **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

Job No.     :   70500
BU ID       :   1-MAIN
Case No.    :   1:14-CV-00996 (AJT/TRJ)
Case Name   :   Calobrisi -v- Booz Allen Hamilton Inc.
(1:14-CV-00996)

# INVOICE



## PLANET DEPOS
We make it happen.
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 89964 | 12/19/2014 | 70500 |

| Job Date | Case No. | |
|---|---|---|
| 12/16/2014 | 1:14-CV-00996 (AJT/TRJ) | |

| Case Name | | |
|---|---|---|
| Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

ACH/EFT Routing Number: Redacted
SWIFT Code: Redacted

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

| | |
|---|---|
| (-) Payments/Credits: | 3,000.60 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$0.00** |

**Tax ID:** Redacted

*Please detach bottom portion and return with payment.*

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 89964 |
| Invoice Date | : | 12/19/2014 |
| **Total Due** | : | **$ 0.00** |

Remit To: **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 70500 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-00996 (AJT/TRJ) |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

# Check Inquiry Summary



Account Number:   Redacted

Account Name:   Mcguire Woods

Bank ID:  061000052





## Check Details

**Check Number:** 563876      **Amount:** 1,679.00

**Account Number:** Redacted      **Posted Date:** 01/13/2015

**Account Name:** Mcguire Woods      **Paid Date:** 01/13/2015

**Bank ID:** 061000052

## Electronic Endorsement Information

**BOFD - Bank Of First Deposit**

**Bank Name:** BANK OF AMERICA, NA (BOFD)

**Date:** 01/12/2015

**R/T:** Redacted

**Sequence Number:** Redacted

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 90210 | 12/31/2014 | 71236 |

| Job Date | Case No. | |
|---|---|---|
| 12/18/2014 | 1:14-CV-00996 (AJT/TRJ) | |

| Case Name | | |
|---|---|---|
| Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |



PLANET DEPOS
We make it happen.
888.433.3767   WWW.PLANETDEPOS.COM

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

EXPEDITED TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---:|
| Douglas Manya - LEF | | | 1,322.25 |
| Rough ASCII | 170.00 | Pages | 229.50 |
| Exhibits | 29.00 | Pages | 7.25 |
| LEF/SBF/XMEF/PTZ | | | 95.00 |
| Shipping & Handling | | | 25.00 |
| | | **TOTAL DUE  >>>** | **$1,679.00** |

205 pages - Daily expedite

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: Redacted
Wire Routing Number: Redacted
ACH/EFT Routing Number: Redacted
SWIFT Code: Redacted

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

| | |
|---|---:|
| (-) Payments/Credits: | 1,679.00 |
| (+) Finance Charges/Debits: | 0.00 |

Tax ID: Redacted

*Please detach bottom portion and return with payment.*

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 90210 |
| Invoice Date | : | 12/31/2014 |
| **Total Due** | : | **$ 0.00** |

Remit To:  **Planet Depos, LLC**
           **405 East Gude Drive**
           **Suite 209**
           **Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 71236 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-00996 (AJT/TRJ) |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

# INVOICE



PLANET DEPOS
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 90210 | 12/31/2014 | 71236 |
| **Job Date** | **Case No.** | |
| 12/18/2014 | 1:14-CV-00996 (AJT/TRJ) | |
| **Case Name** | | |
| Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| **(=) New Balance:** | | **$0.00** |

**Tax ID:** Redacted

*Please detach bottom portion and return with payment.*

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 90210 |
| Invoice Date | : | 12/31/2014 |
| **Total Due** | : | **$ 0.00** |

Remit To: **Planet Depos, LLC**
        **405 East Gude Drive**
        **Suite 209**
        **Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 71236 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-00996 (AJT/TRJ) |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

# Check Inquiry Summary



Account Number:   Redacted

Account Name:  Mcguire Woods

Bank ID:  061000052





## Check Details

**Check Number:** 563807
**Account Number:** Redacted
**Account Name:** Mcguire Woods
**Bank ID:** 061000052

**Amount:** 5,287.50
**Posted Date:** 01/13/2015
**Paid Date:** 01/13/2015

## Electronic Endorsement Information

### BOFD - Bank Of First Deposit

**Bank Name:** BANK OF AMERICA, NA (BOFD)
**Date:** 01/12/2015
**R/T:** Redacted
**Sequence Number:** Redacted

1

# I N V O I C E

PLANET DEPOS
We make it happen.
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 90433 | 12/31/2014 | 70394 |
| **Job Date** | **Case No.** | |
| 12/19/2014 | 1:14-CV-00996 (AJT/TRJ) | |
| **Case Name** | | |
| Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | | |
|---|---|---|---|
| EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF: | | | |
| Carla Calobrisi (FULL) - LEF | | | 3,142.50 |
| Rough ASCII | 345.00 | Pages | 465.75 |
| Exhibits | 107.00 | Pages | 26.75 |
| LEF/SBF/XMEF/PTZ | | | 95.00 |
| Shipping & Handling | | | 25.00 |
| | | **TOTAL DUE  >>>** | **$3,755.00** |

419 pages - Daily expedite

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: Redacted
Wire Routing Number: Redacted
ACH/EFT Routing Number: Redacted
SWIFT Code: Redacted

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

|  |  |
|---|---|
| **(-) Payments/Credits:** | 3,755.00 |
| **(+) Finance Charges/Debits:** | 0.00 |

**Tax ID:** Redacted

*Please detach bottom portion and return with payment.*

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 90433 |
| Invoice Date | : | 12/31/2014 |
| **Total Due** | : | **$ 0.00** |

Remit To:  **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 70394 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-00996 (AJT/TRJ) |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

# INVOICE



PLANET DEPOS
We make it happen.
888 433 3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 90433 | 12/31/2014 | 70394 |
| **Job Date** | **Case No.** | |
| 12/19/2014 | 1:14-CV-00996 (AJT/TRJ) | |
| **Case Name** | | |
| Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | |
|---|---|
| (=) New Balance: | $0.00 |

**Tax ID:** Redacted

*Please detach bottom portion and return with payment.*

Melissa L. Taylormoore, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 90433 |
| Invoice Date | : | 12/31/2014 |
| **Total Due** | : | **$ 0.00** |

Remit To: **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 70394 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-00996 (AJT/TRJ) |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

## Check Inquiry Summary

Account Number: Redacted

Account Name:  Mcguire Woods

Bank ID:  061000052







---

### Check Details

**Check Number:** 563874

**Account Number:** Redacted

**Account Name:** Mcguire Woods

**Bank ID:** 061000052

**Amount:** 6,648.45

**Posted Date:** 01/13/2015

**Paid Date:** 01/13/2015

---

### Electronic Endorsement Information

**BOFD - Bank Of First Deposit**

**Bank Name:** BANK OF AMERICA, NA (BOFD)

**Date:** 01/12/2015

**R/T:** Redacted

**Sequence Number:** Redacted

1

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 90492 | 12/31/2014 | 72131 |

| Job Date | Case No. | |
|---|---|---|
| 12/22/2014 | 1:14-CV-00996 (AJT/TRJ) | |

| Case Name | | |
|---|---|---|
| Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

PLANET DEPOS
888.433.3767 WWW.PLANETDEPOS.COM

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102-4215

EXPEDITED TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Molly Finn - LEF | | 928.80 |
| Rough ASCII | 114.00 Pages | 153.90 |
| LEF/SBF/XMEF/PTZ | | 95.00 |
| | **TOTAL DUE >>>** | **$1,177.70** |

144 pages - Daily expedite

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: Redacted
Wire Routing Number: Redacted
ACH/EFT Routing Number: Redacted
SWIFT Code: Redacted

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

| | |
|---|---|
| **(-) Payments/Credits:** | 1,177.70 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** Redacted

*Please detach bottom portion and return with payment.*

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 90492 |
| Invoice Date | : | 12/31/2014 |
| **Total Due** | : | **$ 0.00** |

Remit To: **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

| | | |
|---|---|---|
| Job No. | : | 72131 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-00996 (AJT/TRJ) |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

## Check Inquiry Summary

Account Number:  Redacted

Account Name:  Mcguire Woods

Bank ID:  061000052





## Check Details

**Check Number:** 565245

**Account Number:** Redacted

**Account Name:** Mcguire Woods

**Bank ID:** 061000052

**Amount:** 924.85

**Posted Date:** 01/27/2015

**Paid Date:** 01/27/2015

## Electronic Endorsement Information

**BOFD - Bank Of First Deposit**

**Bank Name:** BANK OF AMERICA, NA (BOFD)

**Date:** 01/26/2015

**R/T:** Redacted

**Sequence Number:** Redacted

1

# INVOICE



PLANET DEPOS
*We make it happen.*
888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91669 | 1/19/2015 | 73069 |

| Job Date | Case No. | |
|---|---|---|
| 1/8/2015 | 1:14-CV-00996 (AJT/TRJ) | |

| Case Name | | |
|---|---|---|
| Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

EXPEDITED TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| C.G. Appleby, Volume 2 - LEF | 94.00  Pages | 606.30 |
| Rough ASCII | 73.00  Pages | 98.55 |
| Shipping & Handling | | 25.00 |
| | **TOTAL DUE >>>** | **$729.85** |

Daily Expedite

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: Redacted
Wire Routing Number: Redacted
ACH/EFT Routing Number: Redacted
SWIFT Code: Redacted

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$729.85** |

**Tax ID:** Redacted

*Please detach bottom portion and return with payment.*

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 91669 |
| Invoice Date | : | 1/19/2015 |
| **Total Due** | : | **$ 729.85** |

Remit To:  **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 73069 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-00996 (AJT/TRJ) |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

# Check Inquiry Summary



Account Number:  Redacted

Account Name:  Mcguire Woods

Bank ID:  061000052





| Check Details | |
|---|---|
| **Check Number:** 566505 | **Amount:** 742.25 |
| **Account Number:** Redacted | **Posted Date:** 02/10/2015 |
| **Account Name:** Mcguire Woods | **Paid Date:** 02/10/2015 |
| **Bank ID:** 061000052 | |

## Check Inquiry Summary

**Bank of America**
**Merrill Lynch**

Account Number: Redacted

Account Name:   Mcguire Woods

Bank ID:  061000052

| Electronic Endorsement Information | |
| --- | --- |
| **BOFD - Bank Of First Deposit** | |
| **Bank Name:** | BANK OF AMERICA, NA (BOFD) |
| **Date:** | 02/09/2015 |
| **R/T:** | Redacted |
| **Sequence Number:** | Redacted |

2

# I N V O I C E



PLANET DEPOS
888.433.3767 · WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 92473 | 2/2/2015 | 73072 |

| Job Date | Case No. | |
|---|---|---|
| 1/20/2015 | 1:14-CV-00996 (AJT/TRJ) | |

| Case Name | | |
|---|---|---|
| Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Catherine Nelson | | 496.65 |
| Rough ASCII | 56.00  Pages | 75.60 |
| Shipping & Handling | | 25.00 |
| | **TOTAL DUE  >>>** | **$597.25** |

77 pages - Daily expedite

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: Redacted
Wire Routing Number: Redacted
ACH/EFT Routing Number: Redacted
SWIFT Code: Redacted

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

| | |
|---|---|
| (-) Payments/Credits: | 597.25 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$0.00** |

**Tax ID:** Redacted

*Please detach bottom portion and return with payment.*

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 92473 |
| Invoice Date | : | 2/2/2015 |
| **Total Due** | : | **$0.00** |

| | | |
|---|---|---|
| Remit To: | **Planet Depos, LLC** | |
| | **405 East Gude Drive** | |
| | **Suite 209** | |
| | **Rockville, MD  20850** | |

| | | |
|---|---|---|
| Job No. | : | 73072 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-00996 (AJT/TRJ) |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

## Check Inquiry Summary



Account Number: Redacted

Account Name: Mcguire Woods

Bank ID: 061000052



| | |
|---|---|
| **Check Details** | |

| | |
|---|---|
| **Check Number:** 566372 | **Amount:** 2,165.15 |
| **Account Number:** Redacted | **Posted Date:** 02/09/2015 |
| **Account Name:** Mcguire Woods | **Paid Date:** 02/09/2015 |
| **Bank ID:** 061000052 | |

**Electronic Endorsement Information**

**BOFD - Bank Of First Deposit**

**Bank Name:** BANK OF AMERICA, NA (BOFD)

**Date:** 02/06/2015

**R/T:** Redacted

**Sequence Number:** Redacted

1

# I N V O I C E



PLANET DEPOS

888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 92542 | 2/2/2015 | 73078 |

| Job Date | Case No. |
|---|---|
| 1/21/2015 | 1:14-CV-00996 (AJT/TRJ) |

| Case Name |
|---|
| Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

| Payment Terms |
|---|
| Due upon receipt |

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | | |
|---|---|---|---|
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
| Robert Osborne - LEF | 160.00 | Pages | 1,032.00 |
| Rough ASCII | 130.00 | Pages | 175.50 |
| TRANSCRIPT WITH INDEX OF: | | | |
| Diane Merolla - LEF | 63.00 | Pages | 185.85 |
| Rough ASCII | 48.00 | Pages | 64.80 |
| Exhibits | 28.00 | Pages | 7.00 |
| LEF/SBF/XMEF/PTZ | 2.00 | | 190.00 |
| Shipping & Handling | | | 25.00 |

**TOTAL DUE  >>>**                **$1,680.15**

Daily expedite for Robert Osborne transcript

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: Redacted
Wire Routing Number: Redacted
ACH/EFT Routing Number: Redacted
SWIFT Code: Redacted

For billing questions, please email billing@planetdepos.com or call 888.433.3767

**Tax ID:** Redacted

*Please detach bottom portion and return with payment.*

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 92542 |
| Invoice Date | : | 2/2/2015 |
| **Total Due** | : | **$0.00** |

Remit To:   **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 73078 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-00996 (AJT/TRJ) |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

# I N V O I C E



**PLANET DEPOS**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 92542 | 2/2/2015 | 73078 |

| Job Date | Case No. |
|---|---|
| 1/21/2015 | 1:14-CV-00996 (AJT/TRJ) |

| Case Name |
|---|
| Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

| Payment Terms |
|---|
| Due upon receipt |

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

---

Thank you for your business.

|  |  |
|---|---|
| (-) Payments/Credits: | 1,680.15 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$0.00** |

**Tax ID:** Redacted

*Please detach bottom portion and return with payment.*

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 92542 |
| Invoice Date | : | 2/2/2015 |
| **Total Due** | : | **$0.00** |

Remit To:   **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 73078 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-00996 (AJT/TRJ) |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

# Check Inquiry Summary



Account Number: Redacted

Account Name: Mcguire Woods

Bank ID: 061000052



## Check Details

| | | | |
|---|---|---|---|
| **Check Number:** 567697 | | **Amount:** 1,008.25 | |
| **Account Number:** Redacted | | **Posted Date:** 02/24/2015 | |
| **Account Name:** Mcguire Woods | | **Paid Date:** 02/24/2015 | |
| **Bank ID:** 061000052 | | | |

## Electronic Endorsement Information

### BOFD - Bank Of First Deposit

**Bank Name:** BANK OF AMERICA, NA (BOFD)

**Date:** 02/23/2015

**R/T:** Redacted

**Sequence Number:** Redacted

1

# I N V O I C E

PLANET DEPOS
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 93466 | 2/18/2015 | 74656 |

| Job Date | Case No. |
|---|---|
| 2/3/2015 | 1:14-CV-00996 (AJT/TRJ) |

| Case Name |
|---|
| Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

| Payment Terms |
|---|
| Due upon receipt |

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | | |
|---|---|---|---|
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
| Deborah Sherman - LEF | | | |
| Rough ASCII | 75.00 | Pages | 633.75 |
| LEF/SBF/XMEF/PTZ | 73.00 | Pages | 109.50 |
| Shipping & Handling | | | 95.00 |
| | | | 25.00 |
| | | **TOTAL DUE  >>>** | **$863.25** |

Daily Expedite

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: Redacted
Wire Routing Number: Redacted
ACH/EFT Routing Number: Redacted
SWIFT Code: Redacted

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

| | |
|---|---|
| (-) Payments/Credits: | 863.25 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$0.00** |

**Tax ID:** Redacted

*Please detach bottom portion and return with payment.*

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 93466 |
| Invoice Date | : | 2/18/2015 |
| **Total Due** | : | **$0.00** |

Remit To:  **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 74656 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 1:14-CV-00996 (AJT/TRJ) |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

# Check Inquiry Summary



**Account Number:** Redacted

**Account Name:** Mcguire Woods

**Bank ID:** 061000052





## Check Details

| | |
|---|---|
| **Check Number:** 567512 | **Amount:** 895.60 |
| **Account Number:** Redacted | **Posted Date:** 02/24/2015 |
| **Account Name:** Mcguire Woods | **Paid Date:** 02/24/2015 |
| **Bank ID:** 061000052 | |

## Electronic Endorsement Information

**BOFD - Bank Of First Deposit**

**Bank Name:** BANK OF AMERICA, NA (BOFD)

**Date:** 02/23/2015

**R/T:** Redacted

**Sequence Number:** Redacted

# INVOICE



PLANET DEPOS
We make it happen.
888.433.3767 · WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 93504 | 2/14/2015 | 74665 |

| Job Date | Case No. | |
|---|---|---|
| 2/4/2015 | 1:14-CV-00996 (AJT/TRJ) | |

| Case Name | | |
|---|---|---|
| Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | | |
|---|---|---|---|
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
| Telephonic Conference | 16.00 | Pages | 103.20 |
| Rough ASCII | 9.00 | Pages | 12.15 |
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
| Robin Shaffert - LEF | 69.00 | Pages | 445.05 |
| Rough ASCII | 52.00 | Pages | 70.20 |
| LEF/SBF/XMEF/PTZ | | | 95.00 |
| Shipping & Handling | | | 25.00 |
| | | **TOTAL DUE >>>** | **$750.60** |

Daily expedite

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: Redacted
Wire Routing Number:Redacted
ACH/EFT Routing Number:Redacted
SWIFT Code: Redacted

For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

**Tax ID:**Redacted

*Please detach bottom portion and return with payment.*

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 93504 |
| Invoice Date | : | 2/14/2015 |
| **Total Due** | : | **$0.00** |

| | | |
|---|---|---|
| Job No. | : | 74665 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-00996 (AJT/TRJ) |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

Remit To:   **Planet Depos, LLC
405 East Gude Drive
Suite 209
Rockville, MD  20850**

# I N V O I C E



PLANET DEPOS
we make it happen
888.433.3767 WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 93504 | 2/14/2015 | 74665 |

| Job Date | Case No. | |
|---|---|---|
| 2/4/2015 | 1:14-CV-00996 (AJT/TRJ) | |

| Case Name | | |
|---|---|---|
| Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

|  |  |
|---|---|
| (-) Payments/Credits: | 750.60 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$0.00** |

**Tax ID:** Redacted

*Please detach bottom portion and return with payment.*

Stephen W. Robinson, Esquire
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA  22102-4215

| | | |
|---|---|---|
| Invoice No. | : | 93504 |
| Invoice Date | : | 2/14/2015 |
| **Total Due** | : | **$0.00** |

Remit To:   **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 74665 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:14-CV-00996 (AJT/TRJ) |
| Case Name | : | Calobrisi -v- Booz Allen Hamilton Inc. (1:14-CV-00996) |

## Check Inquiry Summary



Account Number: Redacted

Account Name: Mcguire Woods

Bank ID: 061000052



| Check Details | |
|---|---|
| **Check Number:** 564331 | **Amount:** 53.55 |
| **Account Number:** Redacted | **Posted Date:** 01/28/2015 |
| **Account Name:** Mcguire Woods | **Paid Date:** 01/28/2015 |
| **Bank ID:** 061000052 | |

**Electronic Endorsement Information**

**BOFD - Bank Of First Deposit**

**Bank Name:** BRANCH BNKG AND TRUST
COMPANY (BOFD)

**Date:** 01/27/2015

**R/T:** Redacted

**Sequence Number:** Redacted

**Date:** 01/28/2015

**R/T:** 11300016

**Sequence Number:** 006092377088

1

LightSpeed LLC
1325 G Street, NW
Suite 780
Washington, DC  20005

(202)464-3200
admin@lightspeedlegal.com

# LIGHTSPEED
total case lifecycle solutions

# Invoice

| Date | Invoice No. |
|------|-------------|
| 12/31/2014 | 1412157 |
| Terms | Due Date |
| Net 30 | 01/30/2015 |

**Bill To**

Jessica Giglio
McGuire Woods
1750 Tysons Boulevard
Suite 1800
Tysons Corner, Va  22102

| Amount Due | Enclosed |
|------------|----------|
| $53.55 | |

⊱ Please detach top portion and return with your payment. ⊱

| Client Matter: | Account Mgr: | Job Number: |
|----------------|--------------|-------------|
| 2011440-0036 | TL | 1412157 |

| Date | Activity | Quantity | Rate | Amount |
|------|----------|----------|------|--------|
| 12/30/2014 | Copy x1 from paper originals, B/W, All single sided, remove and replace post it notes and flags, regular paper, clip per document. | 357 | 0.15 | 53.55 |

Please sign and forward to accounts payable.

| | Total | $53.55 |
|--|-------|--------|

Fed. Tax  ID#: Redacted

# Check Inquiry Summary



Account Number:   Redacted

Account Name:   Mcguire Woods

Bank ID:   061000052



## Check Details

| | |
|---|---|
| **Check Number:** 566198 | **Amount:** 2,064.50 |
| **Account Number:** Redacted | **Posted Date:** 02/11/2015 |
| **Account Name:** Mcguire Woods | **Paid Date:** 02/11/2015 |
| **Bank ID:** 061000052 | |

# Check Inquiry Summary

**Bank of America**
**Merrill Lynch**

Account Number:  Redacted

Account Name:   Mcguire Woods

Bank ID:  061000052

**Electronic Endorsement Information**

**BOFD - Bank Of First Deposit**

**Bank Name:** BRANCH BNKG AND TRUST
COMPANY (BOFD)

**Date:** 02/10/2015

**R/T:** Redacted

**Sequence Number:** Redacted

**Date:** 02/11/2015

**R/T:** Redacted

**Sequence Number:** Redacted

2

LightSpeed LLC
1325 G Street, NW
Suite 780
Washington, DC  20005

(202)464-3200
admin@lightspeedlegal.com

# LIGHTSPEED
total case lifecycle solutions

# Invoice

| Date | Invoice No. |
|------|-------------|
| 01/09/2015 | 1501026 |
| Terms | Due Date |
| Net 30 | 02/08/2015 |

| Bill To |
|---------|
| Jessica A. Giglio<br>McGuire Woods<br>1750 Tysons Boulevard<br>Suite 1800<br>Tysons Corner, Va  22102 |

| Amount Due | Enclosed |
|------------|----------|
| $2,064.50 | |

✂ Please detach top portion and return with your payment.

| Client Matter: | Account Mgr: | Job Number: |
|----------------|--------------|-------------|
| 2011440-0036 | TL | 1501026 |

| Date | Activity | Quantity | Rate | Amount |
|------|----------|----------|------|--------|
| 01/07/2015 | Scan 307 exhibits to PDF, B/W, OCR, R&R flags and post it notes | 1021 | 0.15 | 153.15 |
| | Name PDFs: TEX0001, TEX002, etc. | | | |
| 01/07/2015 | B&W  prints x7 w/ full assembly from scan | 7147 | 0.10 | 714.70 |
| | Details: Single-sided, B/W,3-hole drill number tabs with exhibits, 3-ring binders less than 4 in., Insert Covers and Spines (provided by client) | | | |
| | Tab and bind originals as copies | | | |
| 01/07/2015 | OCR | 1021 | 0.05 | 51.05 |
| 01/07/2015 | Delivery Media - DVD for Scanned PDFs | 1 | 30.00 | 30.00 |
| 01/07/2015 | Binders - 4" | 16 | 16.00 | 256.00 |
| 01/07/2015 | Pre-Printed Tabs per exhibit | 2456 | 0.35 | 859.60 |

Please sign and forward to accounts payable.

| | Total | $2,064.50 |
|--|-------|-----------|

Fed. Tax  ID#: Redacted



# GLOBAL BUSINESS TRAVEL

Page 1 of 4
Generated: January 27, 2015  3:44 PM

## Travel Arrangements for  WILLIAM SCOTT MEYERS

| | | |
|---|---|---|
| Record Locator | LQVXSO | |
| Trip ID | 11314949848 | |
| | BOOZ ALLEN HAMILTON | |
| | WILLIAM MEYERS/703-902-5816 | |
| | 8283 GREENSBORO DRIVE | |
| | MCLEAN, VA 22102 | |

**Agent ID: WS**

Phone: (800) 527-7592 / Fax: (800) 527-7592

## Invoice Details

### Ticket Information

| | | | | |
|---|---|---|---|---|
| Airline Code | 037 | Ticket Date | 1/27/2015 | |
| Ticket Number | 7568213719 | Invoice | 0330396 | |
| Check Digit | 4 | Electronic | Yes | |

### Charges

| | |
|---|---|
| Ticket Base Fare | 442.06 |
| Ticket Tax Fare | 61.36 |
| Total (USD) Ticket Amount | 503.42 |
| Airfare charged to American Express | |
| **Total** | **503.42** |

## Travel Details                     Tuesday  February 3, 2015

### Flight Information

| | | | | |
|---|---|---|---|---|
| Airline | US AIRWAYS | Estimated time | 1 hour 17 minutes | |
| Flight | 2170 | Distance | 214 Miles | |
| Origin | Washington Reagan, DC | Meal Service | No Meal Service | |
| Destination | New York Lga, NY | Plane | Airbus A319 | |
| Departing | 8:00 AM | | | |
| Arriving | 9:17 AM | | | |

| | |
|---|---|
| Departure Terminal | TERMINAL C |
| Arrival Terminal | TERMINAL C |
| Seat | 13A |
| Class | Coach |

### Flight Information

| | | | | |
|---|---|---|---|---|
| Airline | US AIRWAYS | Estimated time | 1 hour 15 minutes | |
| Flight | 2183 | Distance | 214 Miles | |
| Origin | New York Lga, NY | Meal Service | No Meal Service | |
| Destination | Washington Reagan, DC | Plane | Embraer 190 JET | |
| Departing | 2:00 PM | | | |
| Arriving | 3:15 PM | | | |

| | |
|---|---|
| Departure Terminal | TERMINAL C |
| Arrival Terminal | TERMINAL C |
| Seat | 13F |
| Class | Coach |

## Travel Details                     Monday  August 3, 2015

AIRFARE IS $503.42.

## Travel Details                     Tuesday  February 3, 2015

**STANDARD COACH FARE FOR US AIRWAYS IS 503.42**

## Travel Details                     Wednesday  June 3, 2015

AMERICAN EXPRESS INTERACTIVE

## Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| US AIRWAYS | Redacted | WILLIAM SCOTT MEYERS |

## Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| E3KY8L | US AIRWAYS |

## Additional Messages

PLEASE REVIEW THIS ITINERARY FOR ACCURACY AND NOTIFY
THE TRAVEL OFFICE IMMEDIATELY IF THERE ARE ANY
DISCREPANCIES. CHANGES TO A RESERVATION MAY RESULT
IN A HIGHER FARE. TRAVEL CAN ALSO BE BOOKED 24 HOURS
A DAY VIA TRAVEL AND EXPENSE ONLINE AT EOL.BAH.COM
********************************************

FOR ASSISTANCE FROM 8 A - 7P EST CALL 800-527-7592
FOR EMERGENCY AFTER HOURS SERVICE ACCESS CODE
IS E Z 2 F. A FEE APPLIES FOR THIS SERVICE. FROM
OVERSEAS PLEASE CALL COLLECT 813-983-2282
********************************************

***PLEASE REMEMBER TO RECONFIRM FLIGHT TIMES***
ARRIVE 2 HOURS PRIOR TO DEPARTURE WITH ONE FORM
OF A PHOTO ID ISSUED BY STATE OR FEDERAL GOVERNMENT
TO BOARD INTERNATIONAL AND DOMESTIC FLIGHTS.
********************************************

FEDERAL AIRPORT SECURITY RULES NOW REQUIRE THAT
BOARDING PASSES BE OBTAINED PRIOR TO PASSING THE
SECURITY CHECKPOINT. IF YOU STANDBY FOR AN EARLIER
FLIGHT, THE AIRLINE MAY CHARGE YOU A FEE.
********************************************

INDIVIDUAL AIRLINES MAY CHARGE FEES FOR CHECKED BAGGAGE
FOR MORE INFORMATION ON BAGGAGE POLICIES CHECK WITH
YOUR AIRLINE.
********************************************

ADVISORY TSA requires all reservations with any US city segment or flying over the US or booked on a US based carrier to
include full name, date of birth, and gender. Failure to provide this information will result in your reservation being cancelled.

## IMPORTANT INFORMATION

All services covered by this itinerary are subject to the terms and conditions specified by the suppliers. Customer agrees to the terms and conditions set forth on any brochures or advertisements describing any accommodations, transportation or other services, and to any and all conditions contained in documents for any such services including, without limitation, all cancellation and change fees. No employee of American Express Global Business Travel and its affiliates, subsidiary companies or representatives has authority to vary the terms and conditions.

**Hotel Charges**:  In addition to the quoted rate(s) above, mandatory hotel charges may apply at check-out from the property; consult with the hotel for details and your company to determine whether such charges comply with your company's travel polices.

**Air Transportation.**  Important airline ticket terms and conditions and other important notices apply to air transportation. Please see  TICKET TERMS AND CONDITIONS AND OTHER IMPORTANT NOTICES.pdf  for more information.

**Liability Statement.**  GBT US LLC d/b/a American Express Global Business Travel, a wholly owned subsidiary of American Express Travel Related Services Company, Inc. and their respective  parents, subsidiaries, affiliates and representatives (collectively, "Amex") act as an agent for travel suppliers and you understand and agree that Amex shall not be liable for any loss, injury, expense or damage to persons or property resulting, directly or indirectly, from (1) the acts of omissions of travel suppliers, including but not limited to delays, overbooking's, cancellation of services, cessation of operations, accidents or failures of equipment, or changes in fares, itineraries or schedules; or (2) acts of God, fires, earthquakes, floods, climatic aberrations, acts of governmental authorities, civil unrest, strikes, riots, theft, disease, accidents or failures related to the public internet, telecommunications lines or facilities, or third party technology systems, or any other cause beyond the control of Amex.

**Intermediary Disclosure.**  Amex assists you in finding travel suppliers and making arrangements that meet your individual needs. We consider various factors in identifying travel suppliers to you and recommending specific itineraries.  In this role, we are acting as an independent third party and not as a fiduciary. We want you to be aware that certain suppliers pay us commissions as well as incentives for reaching sales targets or other goals, and from time to time may also provide incentives to our travel counselors.  Certain suppliers may also provide compensation to us for various marketing and administrative services that we perform for them, such as granting them access to our marketing channels, participating in marketing programs and supporting technology initiatives.  In addition, we receive compensation from suppliers when customers use the American Express Card or other American Express products to pay for supplier products and services. From time to time we may enter into other business relationships with suppliers and these arrangements, including levels and types of compensation and incentives we receive, are subject to change.  In identifying suppliers and recommending itineraries, we may consider a number of factors, including supplier availability and your preferences.  The relationships we have with suppliers may also influence the suppliers we identify and the itineraries we recommend.

**CALIFORNIA**:  This transaction is covered by the California Travel Consumer Restitution Fund (TCRF) if the seller of travel was registered and participating in the TCRF at the time of sale and the passenger is located in California at the time of payment. Eligible passengers may file a claim with TCRF if the passenger is owed a refund of more than $50 for transportation or travel services which the seller of travel failed to forward to a proper provider or such money was not refunded to you when required. The maximum amount which may be paid by the TCRF to any one passenger is the total amount paid on behalf of the passenger to the seller of travel, not to exceed $15,000. A claim must be submitted to the TCRF within 12 months after the scheduled completion date of the travel. A claim must include sufficient documentation to prove your claim and a $35 processing fee. Claimants must agree to waive their right to other civil remedies against a registered participating seller of travel for matters arising out of a sale for which you file a TCRF claim. You may request a claim form by writing to: Travel Consumer Restitution Corporation; P.O. Box 6001; Larkspur, CA 94977-6001; or by visiting TCRC's website at: www.tcrcinfo.org.

**FLORIDA:**  GBT US LLC DBA: AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL is registered with the State of Florida as a Seller of Travel. Registration No. ST39181.

**WASHINGTON**:  If transportation or other services are canceled by the seller of travel, all sums paid to the seller of travel for services not performed in accordance with the contract between the seller of travel and the purchaser will be refunded within thirty (30) days of receiving the funds from the vendor with whom the services were arranged, or if the funds were not sent to the vendor, the funds shall be returned within fourteen (14) days after cancellation by the seller of travel to the purchaser unless the purchaser requests the seller of travel to apply the money to another travel product and/or date.

**NEVADA:**
**RECOVERY FUND FOR CONSUMERS DAMAGED BY SELLERS OF TRAVEL**
You may be eligible for payment from the Recovery Fund if you have paid money to a seller of travel registered in Nevada for the purchase of travel services or a vacation certificate and you have suffered certain financial damages as a result of the transaction. To obtain information relating to your rights under the Recovery Fund and the filing of a claim for recovery from the Recovery Fund, you may contact the Consumer Affairs Division of the Department of Business and Industry at the following locations:

SOUTHERN NEVADA: 1850 East Sahara Avenue, Suite 101, Las Vegas, Nevada 89104, Phone: 702.486.7355, Fax: 702.486.7371, e-mail: ncad@fyiconsumer.org

NORTHERN NEVADA: 4600 Kietzke Lane, Building B, Suite 113, Reno, Nevada 89502, Phone: 775.688.1800, Fax: 775.688.1803, e-mail: ncad@fyiconsumer.org

**California CST# 2115816, Washington UBI# 603-357-494, Iowa TA#1164, Hawaii TAR-7005, Fla. Seller of Travel Ref. No. ST39181.**