**CARLA CALOBRISI v. BOOZ ALLEN HAMILTON**
Case No. 1:14cv00996 (AJT/MSN)

ITEMIZATION OF TAXABLE COSTS
FOR DEFENDANT'S BILL OF COSTS

**Fees of the Clerk (28 USC §§ 1914, 1917, 1920(1))**

Filing Fee (Removal from D.C. Superior Court to
U.S. District Court for the District of Columbia)

|  |  |
|---|---|
| Total | $ 400.00 |

**Fees for Service of Subpoenas and Summons**

| | |
|---|---|
| Boughton Protective Services LLC<br>  Nesly Hneich, J. Montville-White, Novapsychotherapy,<br>  Dr. Lois Bartos, Ambrish Gupta, M.D. | $395.00 |
| Boughton Protective Services LLC<br>  Real Estate Counselors, Calobrisi & Associates, Major,<br>  Lindsey & Africa, LLC, Miller Blowers and JuriSolutions | $520.00 |
| Boughton Protective Services LLC<br>  Deposition Subpoenas to Joan Hyde, Nesly Hneich, M.D.<br>  Judith Montville-White, Joel Morse, Ph.D., Elizabeth<br>  Ewart and Marek Kazubski | $750.00 |
| Service by Irving<br>  The Bortstein Legal Group | $353.26 |
| **Total:** | **$2,018.26** |

**Fees of Witnesses (28 USC §§ 1821, 1920(6); Local Rule 30(E))**

| | |
|---|---|
| Joel N. Morse, Ph.D. | $ 97.46[1] |
| Elizabeth Ewart | $ 65.20 |
| Marek Kaszubski | $ 53.89 |
| Judith Montville-White | $ 43.36 |
| Nesly Hneich, M.D. | $ 42.80 |
| Joan Hyde | $ 48.96 |
| **Total:** | **$ 351.67** |

---

[1] Although Dr. Morse received a check in the amount of $1,583.37, Defendant is only requesting reimbursement of the standard witness fee paid to this witness in the amount of $97.46 in accordance with 28USC §§ 1821, 1920(6) and Local Rule 30(E).

1

EXHIBIT A

**Court Reporter Fees for Necessary Transcripts for Use in the Case (28 USC § 1920(2))**

| | |
|---|---|
| 12/03/2013 Hr'g before Judge Wilkins (USDC DC) | $ 326.25 |
| 12/17/2013 Teleconference Judge Wilkins (USDC DC) | $ 104.65 |
| 12/18/2013 Telephonic conference (USDC DC) | $  53.35 |
| 07/02/2014 Hr'g before Judge Cooper (USDC DC) | $ 223.85 |
| 10/17/2014 Hr'g before Mag. Judge Jones | $ 260.15 |
| 10/24/2014 Hr'g before Mag. Judge Jones | $ 449.50 |
| 10/31/2014 Hr'g before Mag. Judge Jones | $ 127.05 |
| 11/14/2014 Hr'g before Mag. Judge Jones | $ 205.70 |
| 11/21/2014 Hr'g before Mag. Judge Jones | $ 290.40 |
| 12/04/2014 Hr'g before Mag. Judge Jones | $ 121.00 |
| 12/12/2014 Hr'g before Mag. Judge Jones | $  58.00 |
| 12/19/2014 Hr'g before Mag. Judge Jones | $ 145.20 |
| 12/30/2014 Hr'g before Mag. Judge Jones | $ 152.25 |
| 01/16/2015 Hr'g before Judge Trenga | $  21.75 |
| 01/23/2015 & 03/6/2015 Hr'g before Judge Trenga | $ 294.10 |
| 01/23/2015 Hr'g before Mag. Judge Jones | $ 145.00 |
| 02/04/2015 Telephonic Hr'g Tr. Before Mag. Judge Jones | $ 103.20 |
| **Total:** | **$3,081.40** |

**Fees for Exemplification and Copies Necessarily Obtained for Use in Case (28 USC § 1920(4))**

**Copies of Trial Exhibits**

| | |
|---|---|
| Lightspeed | $    53.55 |
| Lightspeed | $2,064.50 |
| **Total:** | **$2,118.05** |

**Copies of Motion for Summary Judgment:**

| | |
|---|---|
| 1 courtesy copy (Judge) | 273 pages |
| 1 copy (Plaintiff's Counsel) | 273 pages |
| Total Page Count | 546 at 10 ¢ a page |

**Copies of Reply in Support of Motion for Summary Judgment**

| | |
|---|---|
| 1 courtesy copy (Judge) | 128 pages |
| 1 copy (Plaintiff's Counsel) | 128 pages |
| Total Page Count | 256 at 10 ¢ a page |
| **Total:** | **$80.20** |

**Costs Incident to Taking Depositions (28 USC § 1920(2))**

2

EXHIBIT A

|  | Regular | Exp. |
|---|---|---|
| William S. Meyers (1/31/14) (USDC DC) | $ 407.10 | 614.10 |
| Robert Stephen Osborne (1/31/14) (USDC DC) | $ 297.95 | 449.45 |
| CG Appleby (1/31/14) (USDC DC) | $ 286.85 | 411.35 |
| Carla Calobrisi (2/6/14) (USDC DC) | $ 329.50 | |
| Betty Thompson (12/8/14) | $ 467.50 | |
| Nesly Y. Hneich, M.D. (12/9/14) | $ 404.75 | 684.05 |
| CG Appleby (12/9/14) | $ 490.05 | 831.60 |
| Joan J. Hyde (12/10/14) | $ 402.50 | 684.25 |
| Elizabeth Ewart (12/10/14) | $ 472.25 | 758.90 |
| William S. Meyers (12/11/14) | $ 797.90 | 1439.80 |
| Jennifer Gleich (12/12/14) | $ 385.80 | 701.85 |
| William S. Meyers -30(b)(6) (12/15/14) | $ 577.60 | 1253.10 |
| Marek Kaszubski (12/16/14) | $ 493.50 | 1057.50 |
| Joel Morse, Ph.D. (12/16/14) | $ 259.00 | 555.00 |
| Judith Montville-White (12/16/14) | $ 357.25 | 697.25 |
| Douglas Manya (12/18/14) | $ 612.00 | 1329.50 |
| Carla Calobrisi (12/19/14) | $ 1518.25 | 3194.25 |
| Molly Finn (12/22/14) | $ 424.80 | |
| CG Appleby (1/8/15) | $ 302.30 | 631.30 |
| Catherine Nelson (1/20/15) | $ 252.15 | 521.65 |
| Robert Osborne (1/21/15) | $ 472.00 | 1032.00 |
| Diane Merolla (1/21/15) | $ 210.85 | |
| Deborah Sherman (2/3/15) | $ 287.50 | 658.75 |
| Robin Shaffert (2/4/15) | $ 228.55 | 470.05 |

**Total Including Expedited Costs** $19,898.40
**Total Excluding Expedited Costs** $10,707.90

William Meyers' travel expenses for defending
D. Sherman's Deposition up in New York   **$503.42**


**TOTAL COSTS SOUGHT:**   **$28,541.40**

65879701_2

3

EXHIBIT A