# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| CARLA CALOBRISI<br>　　　　Plaintiff,<br><br>v.<br><br>BOOZ ALLEN HAMILTON INC.,<br>　　　　Defendant. | Case No. 1:14-cv-00996-AJT-MSN |

## DECLARATION OF CARLA CALOBRISI

I, Carla Calobrisi, pursuant to 28 U.S.C. § 1746 (2010), state as follows:

1) I declare under penalty of perjury that the following is true and correct.

2) I am over the age of eighteen and competent to testify as a witness in this case. I have personal knowledge of the statements contained in this Declaration.

3) The information provided in Dr. Joel Morse's supplemental expert report (ECF No. 281-13) is a true and accurate reflection of my earnings through 2014.

4) On March 21, 2014, I entered into a contract with Borstein Legal Group to work on a contract basis at 25-40 hours a week at $100 per hour. My work with Borstein Legal Group constituted the bulk of my earnings for 2014.

5) Since the end of 2014, my employment situation has changed because Borstein Legal Group has not assigned me the same volume of work in the first quarter of 2015. In fact, since January 2015, I have only earned $560 from my work with Borstein Legal Group.

6) In an attempt to increase my earnings this year, I entered into a new part-time, temporary contract agreement with FirmAdvice on March 30, 2015. Pursuant to this contract, I will earn $70 per hour for up to twenty hours per week. Since March 31, 2015, I have billed 7.3 hours.

7) I also entered into a short-term work arrangement with Price Waterhouse Coopers from

January through June 2015. To date, I have earned $4,300 and hope to earn another $1,000 before the contract concludes in June 2015.

8) I do not have ability to pay the Defendant's Bill of Costs due to income strain since Booz Allen discharged me.

9) Any Order directing me to pay for Defendant's Bill of Costs would cause me economic hardship.

AND FURTHER THE DECLARANT SAYETH NOT

_April 14, 2015_
DATE

_Carla Calobrisi_
CARLA CALOBRISI